# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELA RODRIGUE,** | * | **CIVIL ACTION NO. 12-1148** |
| **Individually and on Behalf of her** | * | |
| **Minor Children** | * | **SECTION F (5)** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | **MARTIN L.C. FELDMAN** |
| **PAUL THIBODAUX, Individually and** | * | |
| **in his Official Capacity as a Deputy Sheriff** | * | **MAGISTRATE. JUDGE:** |
| **for the Parish of Terrebonne; L. VERNON** | * | **ALMA L. CHASEZ** |
| **BOURGEOIS, Individually and in his** | * | |
| **Official Capacity as the Sheriff of** | * | |
| **Terrebonne Parish; 123 INSURANCE** | * | |
| **COMPANY, MAK PICTURES, LLC AND** | * | |
| **ABC INSURANCE COMPANY** | * | |
| | * | |
| | * | |

# *EX PARTE* MOTION FOR LEAVE TO FILE
# REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, MAK Pictures, LLC ("MAK"), who moves this Court for leave to file the attached reply memorandum in support of its motion to dismiss the claims of Plaintiff, Angela Rodrigue, against MAK, pursuant to F.R.C.P. 12(b)(6), for failure to state a claim upon which relief may be granted.

The submission date for the motion to compel is November 7, 2012. No party has requested oral argument on the motion.

PD.7936761.1

- 2 -

PHELPS DUNBAR LLP

/s/ Mary Ellen Roy
Mary Ellen Roy, T.A. (Bar # 14388)
Dan Zimmerman (Bar # 2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopy: (504) 568-9130
roym@phelps.com
zimmermd@phelps.com

**ATTORNEYS FOR MAK PICTURES, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record for all parties.

/s/ Mary Ellen Roy