## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELA RODRIGUE,**<br>Individually and on Behalf of her<br>Minor Children | *<br>*<br>* | **CIVIL ACTION NO. 12-1148**<br><br>**SECTION F (5)** |
| **VERSUS** | *<br>* | **JUDGE:**<br>**MARTIN L.C. FELDMAN** |
| **PAUL THIBODAUX, Individually and**<br>**in his Official Capacity as a Deputy Sheriff**<br>**for the Parish of Terrebonne; L. VERNON**<br>**BOURGEOIS, Individually and in his**<br>**Official Capacity as the Sheriff of**<br>**Terrebonne Parish; 123 INSURANCE**<br>**COMPANY, MAK PICTURES, LLC AND**<br>**ABC INSURANCE COMPANY** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **MAGISTRATE. JUDGE:**<br>**ALMA L. CHASEZ** |

## ORDER

The Court having considered the motion by Defendant, MAK Pictures, LLC ("MAK"), for leave to file a reply memorandum in support of its motion to dismiss the claims of Plaintiff, Angela Rodrigue, against MAK,

**IT IS ORDERED** that the Motion is **GRANTED** and that the Clerk of Court shall file the attached reply memorandum in support of the motion to dismiss the claims of Plaintiff against MAK for failure to state a claim upon which relief may be granted

SIGNED in New Orleans, Louisiana this _____ day of November, 2012.

_____
**MARTIN L.C. FELDMAN**
**United States District Judge**