UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELA RODRIGUE, | * | CIVIL ACTION NUMBER: |
| individually and on behalf of | * | 2:12-CV-01148-MLCF-ALC |
| her minor children | * | |
| | * | DISTRICT JUDGE, |
| VERSUS | * | MARTIN L. C. FELDMAN |
| | * | |
| PAUL THIBODAUX, individually | * | MAGISTRATE JUDGE, |
| and in his official capacity as a Deputy | * | ALMA L. CHASEZ |
| Sheriff for the Parish of Terrebonne; L. | * | |
| VERNON BOURGEOIS, individually | * | |
| and in his official capacity as the Sheriff | * | |
| of Terrebonne Parish; 123 INSURANCE | * | |
| COMPANY, MAK PICTURES, LLC, and | * | |
| ABC INSURANCE COMPANY | * | |

*************************************

## EXHIBIT "2"

## DEFENDANTS' AFFIDAVIT OF EXPERT KERRY NAJOLIA ATTACHED TO MOTION FOR SUMMARY JUDGMENT AS EXHIBIT "2"

My name is Kerry Najolia, a person of full age of majority, a resident of the Parish of Jefferson, State of Louisiana. I have been retained by the defendants, Deputy Paul Thibodeaux, and former Sheriff L. Vernon Bourgeois, Jr., to render an expert opinion in this case as to the arrest and apprehension of the plaintiff, Angela Rodrigue. More particularly, I have been asked to view the video taken of the arrest of Angela Rodrigue, the arrest report of the plaintiff, Angela Rodrigue, the Complaint filed by plaintiff, Angela Rodrigue, and to render an opinion as to police policy, police procedures, police training, police officer survival and defensive tactic, and police use and force associated with the actions of plaintiff, Angela Rodrigue, and her subsequent arrest and apprehension by defendant, Deputy Paul Thibodeaux.

I have attached with this Affidavit my expert report I have rendered, along with the items I have reviewed, with the exception of the original Complaint.  More particularly, the arrest report of plaintiff, Angela Rodrigue, by defendant, Deputy Paul Thibodeaux, and the video made at the scene of the arrest by former defendant in this matter MAK Pictures, LLC (filed with the clerk's office), and the training records from the Terrebonne Parish Sheriff's Office of Deputy Paul Thibodeaux.  I did not attach the original complaint filed by the plaintiff, Angela Rodrigue, as I am aware the court has a copy of same.

I have also attached my curriculum vitae which outlines my thirty-two (32) years of law enforcement experience and includes cases in which I have testified as an expert at trial or deposition within the last four (4) plus years.

Should I be called to testify at the trial of this matter or give deposition testimony in same, my expert report which is attached will be my true and lawful testimony, and the opinions I have expressed in said expert report will be my professional and expert opinion.

As always, this report and expert opinion can be amended if additional information which was not available to me becomes available.

KERRY NAJOLIA

Sworn to and subscribed before me, this 17th day of MAY _____, 2013.

W. SETH DODD (# 30882)
MY COMMISSION EXPIRES AT DEATH

Kerry J. Najolia
2564 Cedar Lawn Drive
Marrero, Louisiana 70072

May 13, 2013

Mr. William F. Dodd
Dodd Law Firm
1356 B West Tunnel Blvd.
Houma, Louisiana 70360

In Ref:      Angela Rodrigue v Paul Thibodaux, Terrebonne S/O, et al.
             Docket No. 2:12-CV-01148 –MLCF-ALC
             United States District Court, Eastern District

Mr. Dodd:

My law enforcement experience includes 32 years of service as a peace officer for the St. Charles Parish Sheriff's Office and the Jefferson Parish Sheriff's Office located in the New Orleans Metropolitan area.

My academic instructional background includes the last 26 years of my career as a Staff Instructor, Assistant Training Director and currently Training Director for the Jefferson Parish Sheriff's Office Training Academy.

In this capacity, presently I over-see and I am responsible for recruit and in-service training for all enforcement / non-enforcement personnel employed by this agency. I am certified as a Staff Instructor by the Louisiana Peace Officer's Standards and Training Council commonly referred to as POST.

The Monadnock Police Training Council certified me as an International Defensive Tactics/Baton Instructor and POST certified me as a Defensive Tactics Instructor. I am certified and teach various less-lethal force options including TASER, OC - Pepper Spray, Extended Range Impact Rounds, ASP, MEB and PR-24 Baton.

I am certified by both the National Rifle Association and POST as a firearms instructor. I conduct handgun, shotgun and submachine training sessions.

I am certified as an Instructor in Hostage Rescue/SWAT Techniques and was a contract worker for the United States State Department under the Anti-Terrorist Assistance Training Program (ATAP) Grant.

1

I was the primary Officer Survival, Driving Instructor and POST Jailer Instructor for this agency. I regularly conduct agency training for Correctional Personnel.

I have worked in various divisions in law enforcement, which included patrol, investigations, training and SWAT. I have been an operator, assistant team leader, team leader, and deputy commander. I am currently the Commander of the JPSO SWAT Unit.

I have taught local, state and federal law enforcement/military officers from the United States, Europe, Central America, South Africa and other countries such topics as Use of Force, International Human Rights, Less-lethal Force Options, Officer Survival / Defensive Tactics, Firearms Training including decision shooting, police policy and procedure.

I wrote the current Louisiana POST Defensive Tactics/Use of Force Lesson Plan that is currently used by all POST training centers in Louisiana who teach police and correctional officers.

In 1996, I wrote a Use of Force In-service Training Manual along with Dr. Peter Scharf – of Tulane University for the Louisiana POST Council. POST mandated that all 20,000 peace officers in Louisiana take this course. We conducted "Train – the – Trainer" courses throughout this state and certified each of the instructors who were approved to teach this course at the various Louisiana POST Approved Police Training Centers.

I have been qualified and accepted as an expert in Civil District Court for the Parish of Orleans, Criminal Court in New Orleans, the 24th Judicial Court for the Parish of Jefferson in both criminal and civil proceedings, 29th Judicial District Court for the Parish of St. Charles, the 22nd Judicial Court for the Parish of St. Tammany (criminal proceedings), 21st Judicial Court for the Parish of Tangipahoa Parish, 19th Judicial District Court for the Parish of East Baton Rouge, United States District Court in the Eastern District of Louisiana in New Orleans Louisiana and the United States District Court for the Middle District of Louisiana in Baton Rouge in the following areas of expertise:

(1).    Police Policy
(2).    Police Procedure
(3).    Police Training
(4).    Police Officer Survival / Defensive Tactics
(5).    Police Use of Force
(6).    Police K-9

To prepare for rendering this opinion, I have reviewed the following materials:

(1).    Offense Report listed under item B-00042-12
(2).    Angela Rodrigue vs. TPSO Complaint filed in USDC-Eastern District
(3).    Video of incident
(4).    Training Records of Deputy Paul Thibodaux

After a review of these materials, which I relied upon as a basis of my opinion, along with my knowledge, experience and training, I believe the following are the facts and circumstances

surrounding this incident, which occurred on February 1, 2012 at approximately 1117 hours at 120 Jane Street in Chauvin, Louisiana:

While patrolling the residential area of Jane Street in Chauvin, Louisiana, Deputy Paul Thibodaux was flagged down by a female – later identified as Ms. Angela Rodrigue.

Ms. Laura Blanchard – sister of Ms. Rodrigue arrived in a separate vehicle at the same time Deputy Thibodeaux was being flagged down by Ms. Rodrigue. Deputy Thibodaux exited his police unit.

Deputy Thibodaux observed Ms. Rodrigue drinking a beer and noted that she had slurred speech, was unsteady on her feet and appeared to be highly intoxicated.

Deputy Thibodaux stated that he attempted to ascertain what was occurring between Ms. Rodrigue, Ms. Blanchard and others on the scene; however, Ms. Rodrigue continued to yell and curse while in the front yard of the residence.

Ms. Rodrigue yelled about her (15) fifteen year old daughter, that her brother was (mentally) sick because he allowed the family pet (dog) to lick his penis and then she yelled that she loved her mother.

Due to Ms. Rodrigue's irrational behavior and her continued use of profanities, Deputy Thibodaux advised Ms. Rodrigue several times to stop yelling and cursing or she would be arrested.

Ms. Rodrigue continued to yell and curse.

At some point, Ms. Rodrigue entered a vehicle parked in the front yard of the residence and sat in the front, passenger seat. She retrieved "proof of insurance" paperwork.

Deputy Thibodaux informed Ms. Rodrigue to step out of the vehicle. Ms. Rodrigue said "No, not if I am going to Jail."

Deputy Thibodaux ordered Ms. Rodrigue out of his vehicle approximately (4) four times before she complied.

As Ms. Rodrigue exited the vehicle, Deputy Thibodaux told Ms. Rodrigue to turn around and place her hands on the roof of the vehicle because she was under arrest.

Ms. Rodrigue said "No" and quickly got back into the vehicle. As she was closing the car door, Deputy Thibodaux moved into a position which prevented the car door from closing.

Again, Deputy Thibodaux ordered Ms. Rodrigue to step out of the vehicle. Ms. Rodrigue yelled "No, not if I am going to jail".

3

Deputy Thibodaux grabbed Ms. Rodrigue and attempted to remove her from the vehicle. Ms. Rodrigue resisted Deputy Thibodaux's attempts to remove her. She put her foot against the door frame and struggled to stay in the vehicle.

Deputy Thibodaux pulled Ms. Rodrigue's foot from the door frame. Ms. Rodrigue was removed from the interior of the vehicle and directed onto the ground.

Deputy Thibodaux placed Ms. Rodrigue in an Arm Bar. Because Ms. Rodrigue was flexible, she was able to lie on her side. She continually refused to place her free arm behind her back for handcuffing.

Deputy Thibodaux un-holstered his TASER and removed the cartridge. Deputy Thibodaux advised Ms. Rodrigue that she would be TASED if she did not lie flat on her stomach and place her free hand behind her back so she could be restrained with handcuffs.

Ms. Rodrigue refused to comply. Deputy Thibodaux dry (touch) stunned Ms. Rodrigue in her shoulder area.

Ms. Rodrigue put her hands behind her back and Deputy Thibodaux placed her in handcuffs. Deputy Thibodaux checked the handcuffs for tightness and double-locked the cuffs.

Deputy Thibodaux advised Ms. Rodrigue of her Miranda Rights. Detective Tara Whitney and Detective Rosalyn Morris arrived on the scene to assist. Detective Whitney performed a search incidental to an arrest which revealed a crack pipe in Ms. Rodrigue's pants pocket.

Acadian Ambulance was called to the scene because Ms. Rodrigue was complaining of knee pain. Ms. Rodrigue was transported to Chabert Medical Center where she was treated for her injury.

While in the hospital, Ms. Rodrigue stated that she had smoked crack cocaine and had consumed (8) eight beers prior to this event.

Upon her release, Ms. Rodrigue was transported to the Terrebonne Parish Criminal Justice Complex and booked for LRS 14:103 – Disturbing the Peace, LRS 14:108 – Resisting Arrest by Violence and 40:1033 – Possession of Drug Paraphernalia.

The below listed opinions are based on my experience, expertise, training and education in law enforcement and nationally accepted police practices:

    (1) Deputy Paul Thibodaux completed the Terrebonne Parish Sheriff's Office Training Academy and was a POST Certified Peace Officer in Louisiana.
    (2) Deputy Thibodaux was wearing a Police Uniform and was recognized by Ms. Rodrigue and the others as a Terrebonne Parish Sheriff's Deputy.
    (3) Deputy Thibodaux was driving a marked Terrebonne Parish Sheriff's Office Patrol Unit equipped with over-head emergency signal lights and reflective decals.

(4) Ms. Rodrigue summoned Deputy Thibodaux by flagging him down as he was on routine patrol in his area.

(5) Ms. Rodrigue admitted in her deposition (page 29 -30) that she had been drinking all night and continued drinking throughout the morning hours until the police arrived.

(6) Ms. Rodrigue admitted in her deposition that she was smoking crack cocaine around midnight or 1:00am –just hours prior to this event. (page 31)

(7) Ms. Rodrigue entered her vehicle to avoid being arrested, handcuffed and transported to jail. Neither Ms. Rodrigue nor her vehicle had been searched for weapons prior to her entering the vehicle.

(8) Ms. Rodrigue stated in her deposition that she heard Deputy Thibodaux tell her to get out of the car more than once; however, she made a decision not to exit and refused to comply with Deputy Thibodaux's orders. (page 34).

(9) Deputy Paul Thibodaux had probable cause to arrest Ms. Rodrigue.

(10)    According to Article 220-Code of Criminal Procedure, a person must submit peacefully to a lawful arrest. Ms. Rodrigue failed to comply with Deputy Thibodaux's commands. Ms. Rodrigue's actions and the fact that she had not be searched for weapons increased the danger to the personal safety of everyone on-scene.

(11)    When Ms. Rodrigue actively resisted arrest while seated inside of the vehicle, Deputy Thibodaux was justified to use physical force to remove her from the interior of the vehicle for safety concerns.

(12)    Ms. Rodrigue continued to resist arrest. Ms. Rodrigue's knee contacted the vehicle door as she was actively resisting arrest.

(13)    Deputy Thibodaux attempted to place Ms. Rodrigue into a position of safety so she could be handcuffed. Ms. Rodrigue refused to place her free hand behind her back and did not lie flat on the ground as ordered.

(14)    Deputy Thibodaux did not have adequate control of Ms. Rodrigue so she could be safely handcuffed.

(15)    At some point, Deputy Thibodaux un-holstered his TASER, removed the cartridge and warned Ms. Rodrigue that she would be TAZED if she did not put her hand behind her back. Ms. Rodrigue did not comply.

(16)    Deputy Thibodaux touch stunned Ms. Rodrigue on her shoulder area. As soon as Ms. Rodrigue placed her hand behind her back, she was handcuffed appropriately.

(17)    In an effort to enhance control and safety during the arrest process, police officers are trained to place their knee / shin area on the perpetrator's back/shoulder area to stabilize the perpetrator in a prone position. Deputy Thibodaux's arrest techniques were consistent with his defensive tactics training and authorized by the Terrebonne Parish Sheriff's Office protocol.

(18)    Deputy Thibodaux used reasonable force to effect the arrest of Ms. Rodrigue at all times during this event.

(19)    Based upon the totality of circumstances surrounding this event and the facts and circumstances of this situation, the actions of Deputy Thibodaux were in full compliance with Louisiana Law, the policy and procedures of the Terrebonne Parish Sheriff's Office and acceptable standard conduct of POST Certified Police Officers in the State of Louisiana.

(20)    Ms. Rodrigue was found guilty during the criminal trial in District Court in Terrebonne Parish.

I reserve the right to amend this report if additional information becomes available.

My rates are $175.00 per hour and $1800.00 per day for testimony (deposition or trial) up to (8) eight hours, including travel time and $225.00 per hour over (8) eight hours.

I have worked (8) eight hours on this case up to this point in time.

As an attachment, I have incorporated Exhibit "A" which outlines my 32 years of law enforcement experience and includes a list of cases that I have testified as an expert at trial or deposition within the last 4+ years.

Respectfully Submitted,

Kerry J. Najolia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELA RODRIGUE, | * | CIVIL ACTION NUMBER: |
| individually and on behalf of | * | 2:12-CV-01148-MLCF-ALC |
| her minor children | * | |
| | * | |
| | * | DISTRICT JUDGE, |
| VERSUS | * | MARTIN L. C. FELDMAN |
| | * | |
| | * | |
| PAUL THIBODAUX, individually | * | MAGISTRATE JUDGE, |
| and in his official capacity as a Deputy | * | ALMA L. CHASEZ |
| Sheriff for the Parish of Terrebonne; L. | * | |
| VERNON BOURGEOIS, individually | * | |
| and in his official capacity as the Sheriff | * | |
| of Terrebonne Parish; 123 INSURANCE | * | |
| COMPANY, MAK PICTURES, LLC, and | * | |
| ABC INSURANCE COMPANY | * | |

*************************************

## PORTION OF EXHIBIT "2"

## NOTICE OF MANUAL ATTACHMENT ATTACHED TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT EXHIBIT "2"

Attached to Exhibit "2" is the videotape of the arrest of Angela Rodrigue on file with the clerk's office.

04/05/2012  11:08    9858570274                TFSO                                    PAGE  01/05

| Printed by: BY5932 | 04/05/2012 11:08 | Page | 1 | of 5 |

**LA0550000**

| | Signal | Rep Area | Item # | Report Type | Date | Time |
|---|---|---|---|---|---|---|
| | 103D | LC | B-00042-12 | INITIAL | 01-FEB-2012 | 1105 |

| Day of Wk. | Begin Date | Begin Time | End Date | End Time | Location of Offense |
|---|---|---|---|---|---|
| WED | 01-FEB-2012 | 1117 | 01-FEB-2012 | 1421 | 120 JANE ST CHAUVIN |

Reporting Officer                    Responding Detective                    Supervisor

**PAUL THIBODEAUX**

| PR  **PT8227** | BP: **185** | PR: | BP: | PR: | BP: |
| Arrived:  **011105** | | Notified: | | Notified: | |
| Completed:  **011421** | | Arrived: | | Arrived: | |

B-00042-12

UCR

## REPORTING PERSON

| Name:  **UNKNOWN UNKNOWN** | | Race:  **UNKNOWN** | Sex  **UNKNOWN** |
| DOB: | Age: | Employer/School: | |
| Address:  **UNKNOWN** | | Address: | |
| City/St/Zip:  **UNKNOWN, UNKNOWN** | | City/St/Zip:  **, LA** | |
| Social Security # | Drivers Lic # | D.L. State | Home Phone:  **(985)-594-2523** |
| | | | Work Phone: |
| Identify Suspect? | Voluntary Statement? | | Cell Phone: |

## VICTIM

| Victim Sequence Number:  **1** | Type:  **INDIVIDUAL** | | For Insurance Purposes? |
| Name:  **LAURA BLANCHARD** | | Race:  **WHITE** | Sex  **FEMALE** |
| DOB:  **08-NOV-1960** | Age:  **51** | Resident?  **YES** | Ethnicity:  **NON-HISPANIC** |
| Height:  **507** | Weight:  **225** | Driver's License:  **4718876** | State of Issue:  **LA** |
| SSN: | | | Employer/School: |
| Address:  **201 CHRISTINE ST** | | Address: | |
| City/St/Zip:  **CHAUVIN, LA 70344** | | City/St/Zip: | |
| Social Security # | Drivers Lic #  **4718876** | D.L. State  **LA** | Home Phone: |
| | | | Work Phone: |
| | | | Cell Phone:  **(985)-688-4867** |

Aggr. Aslt/Homi. Circ 1:

Aggr. Aslt/Homi. Circ 2:

Add'l Just. Homi./LEOKA:

| Under Influence? | Gun Permit? | ID Suspect?  **YES** | Weapon Implication: | |
| | | | Voluntary Statement? | Domestic Violence? |

Gang Related:

Victim Injury Codes:  **NONE**

### Relationship to Suspect

| Suspect Nbr | Relationship | Length | Unit of Length |
|---|---|---|---|
| 1 | VICTIM WAS SIBLING | 48 | YEARS |

| Victim Sequence Number:  **2** | Type:  **SOCIETY** | | For Insurance Purposes? |

Name:  **STATE OF LOUISIANA**

Address:

04/05/2012  11:08   9858570274                TPSO                                   PAGE  02/05

Printed by: BY5932        04/05/2012 11:08      Page   2    of 5

City/St/Zip:

Social Security #      Drivers Lic #      D.L. State
                                          LA

Home Phone:

Work Phone:

Cell Phone: **(985)-688-4867**

Relationship to Suspect

Suspect Nbr      Relationship                    Length     Unit of Length

## OFFENSE

Offense Sequence Number: **1**     Victim: **2**        Suspect: **1**

R.S. Number: **RS14;103.A2**       Title: **DIST PEACE CURSING**

Attempted/Completed: **COMPLETED**    Location Type: **RESIDENCE/HOME**           Number of Premises:

Criminal Activity 1: **OTHER**                    Weapon/Force Type 1: **NONE**

Offense Sequence Number: **2**     Victim: **2**        Suspect: **1**

R.S. Number: **RS14;108.B.1.B**    Title: **RESIST ARREST BY VIOLENCE**

Attempted/Completed: **COMPLETED**    Location Type: **RESIDENCE/HOME**           Number of Premises:

Criminal Activity 1: **OTHER**                    Weapon/Force Type 1: **NONE**

Offense Sequence Number: **3**     Victim: **2**        Suspect: **1**

R.S. Number: **RS40;1023C**        Title: **DRUG PARAPHERNALIA**

Attempted/Completed: **COMPLETED**    Location Type: **RESIDENCE/HOME**           Number of Premises:

Criminal Activity 1: **OTHER**                    Weapon/Force Type 1: **NONE**

## SUSPECT

Suspect Sequence Number:      **1**

Name: **ANGELA  RODRIGUE**               Race: **WHITE**               Sex: **FEMALE**

DOB: **07-APR-1965**    Age From: **46**    To:      Ethnicity: **NON-HISPANIC**    Resident? **YES**

Height From: **503**    To:      Weight From: **110**    To      Eye Color: **BROWN**

Hair Color: **BROWN**           Hair Length: **ABOVE EAR**

Address: **120 JANE ST**              City/St/Zip: **CHAUVIN, LA 70344**

Alcohol Consumed?      Computer Used?      Drugs Used?      Gaming Motive?    Gang Related:

Armed:                                    Hate/Bias: **NONE**

Can be identified by Witness:

Identifiable Features:   **WHITE SHIRT, JEANS**

Location:  **120 JANE ST**

Arrest Type: **ON-VIEW**        Voluntary Statement?      Local Check?      State Check?      NCIC Check?

Suspect Injury Codes:   **NONE**

Social Security #      Drivers Lic #      D.L. State
                       **1101812**       **LA**

Home Phone:

Work Phone:

Cell Phone: **(985)-7207779**

## ADDITIONAL WITNESS

None

## PROPERTY

04/05/2012  11:08    9858570274                    TPSO                                      PAGE   03/05

| | | Printed by:  BY5932 | 04/05/2012 11:08 | Page   3 | of  5 |

Evidence Owner or Evidence revd from:          **SUSPECT 1**    Desc. Code:  **77**    **OTHER**

Loss Type:  **5**    **RECOVERED**                              Quantity:  **1**    Value:  **$1**         Insured:

Owner-applied Number:                                    Make:

Model:                                    Serial Number:

Description:  **SMALL METAL CRACK SMOKING PIPE**                              Date Recovered:   **01-FEB-2012**

Recovery Address:  **120 JANE ST**                    City/St/Zip:   **CHAUVIN, LA  70344**

Recovery Condition:

Recovery Disposition:   **PLACED INTO EVIDENCE AT TPSO MOTOR POOL**

B-0004-12

## VEHICLE

None

## CRIME SCENE

None

## INVESTIGATION

Type of Force Used:                                    Security Device Installed?

Point of Entry                                    Security Device Activated?

Safe Job?            Gambling Devices on Premises?            Alcoholic Beverage Outlet?

Prior History of Domestic Violence?         Prior History Documented?         Number of Prior Cases:

Modus Operandi (MO):  **THE SUSPECT WOULD NOT STOP CURSING IN PUBLIC THEN SHE RESISTED ARREST. ONCE UNDER ARREST AND SEARCHED A CRACK PIPE WAS FOUND IN HER POCKET.**

## INSURANCE

None

## APPROVAL

Sergeant Viewed                    Lieutenant Viewed                    Dist. Cmdr. Viewed

User ID:    **JV1683**

Date/Time:    **02-FEB-2012 18:15**

FINAL APPROVAL      User ID: **EU5341**            Date/Time:  **03-FEB-2012 09:26**

Crime Prevention Officer Required?         Issued Complaint Slip?         911 Notified?         Warrant?

Parade Related?                    Crime Scene Required?            Report Status:  **COMPLETED**

Exceptional Clearance:  **NOT APPLICABLE**            Date:

District Follow Up?

Bureau Follow Up?

| Printed by: BY5932 | 04/05/2012 11:08 | Page  4 | of  5 |
|---|---|---|---|

## NARRATIVE

Time Stamp: **02/02/2012 09:13**        Written By: **PAUL THIBODEAUX**

ON WEDNESDAY, FEBRUARY 1, 2012, AT APPROXIMATELY 117, I DEPUTY PAUL THIBODEAUX, WAS PATROLLING THE AREA OF JANE STREET IN CHAUVIN, LOUISIANA, AT WHICH TIME I WAS FLAGGED DOWN BY A WHITE FEMALE, LATER IDENTIFIED AS ANGELA RODRIGUE.

AS RODRIGUE WAS FLAGGING ME DOWN HER SISTER, LAURA BLANCHARD, WAS PULLING UP IN HER VEHICLE.

IMMEDIATELY WHEN I EXITED MY VEHICLE I OBSERVED RODRIGUE WAS DRINKING A BEER, HAD SEVERELY SLURRED SPEECH, WAS UNSTEADY ON HER FEET, AND APPEARED TO BE HIGHLY INTOXICATED. I WAS ATTEMPTING TO CALM RODRIGUE AND BLANCHARD DOWN SO I COULD FIND OUT EXACTLY WHAT WAS GOING TO BUT RODRIGUE CONTINUED TO YELL AND CURSE WHILE IN THE FRONT YARD OF THE RESIDENCE. I ATTEMPTED TO FIND OUT WHAT RODRIGUE BUT SHE WOULD YELL ABOUT HER 15 YEAR OLD DAUGHTER, THEN WOULD BEGIN YELLING THAT HER BROTHER WAS SICK AND WAS ALLOWING A DOG TO LICK HIS PENIS, THEN SHE WOULD YELL THAT SHE LOVES HER MOTHER. RODRIGUE WOULD JUMP AROUND FROM ONE TOPIC TO THE OTHER ALL WHILE YELLING AND CURSING. I WARNED RODRIGUE SEVERAL TIMES TO STOP CURSING OR SHE WOULD BE ARRESTED. RODRIGUE CONTINUED TO YELL AND CURSE WHILE IN THE FRONT YARD. RODRIGUE THEN SAT IN THE FRONT PASSENGER SEAT OF A VEHICLE THAT WAS PARKED IN THE FRONT YARD OF THE RESIDENCE BUT SHE CONTINUED TO YELL AND CURSE. I THEN TOLD RODRIGUE TO STEP OUT OF THE VEHICLE AT WHICH TIME SHE YELLED "NOT IF I'M GOING TO JAIL". I HAD TO TELL RODRIGUE APPROXIMATELY 4 TIMES TO STEP OUT OF THE VEHICLE BEFORE SHE FINALLY DID. WHEN RODRIGUE EXITED THE VEHICLE I TOLD HER TO TURN AROUND AND PLACE HER HANDS ON THE ROOF OF THE VEHICLE BECAUSE SHE WAS UNDER ARREST AT WHICH TIME SHE SAID "NO" AND QUICKLY GOT BACK INTO THE VEHICLE. RODRIGUE THEN ATTEMPTED TO CLOSE THE DOOR OF THE VEHICLE BUT I STEPPED IN THE DOORWAY AND TOLD RODRIGUE TO GET BACK OUT OF THE RESIDENCE AT WHICH TIME SHE AGAIN YELLED "NO NOT IF I'M GOING TO JAIL". I THEN GRABBED RODRIGUE AND ATTEMPTED TO ESCORT HER OUT OF THE VEHICLE BUT SHE PUT HER FOOT AGAINST THE DOOR FRAME. I WAS ABLE TO PULL RODRIGUE'S FOOT FROM THE DOOR FRAME AT WHICH TIME I ESCORTED RODRIGUE OUT OF THE VEHICLE AND ONTO THE GROUND. I THEN PLACED RODRIGUE IN AN ARM BAR BUT BECAUSE SHE WAS FLEXIBLE SHE WAS STILL ABLE TO LIE ON HER SIDE AND REFUSED TO PLACE HER FREE ARM BEHIND HER BACK. I ATTEMPTED TO GET RODRIGUE TO LAY FLAT ON HER STOMACH AND PLACED HER FREE ARM BEHIND HER BACK BUT SHE CONTINUOUSLY REFUSED. I THEN UPHOLSTERED MY TASER AND ADVISED RODRIGUE THAT SHE WOULD BE TASED IF SHE DID NOT LAY FLAT AND PLACE HER FREE ARM BEHIND HER BACK BUT SHE CONTINUED TO REFUSE. I THEN DRIVE STUNNED RODRIGUE WITH MY TASER IN THE SHOULDER AREA AT WHICH TIME SHE FINALLY PLACED HER HANDS BEHIND HER BACK. I THEN PLACED RODRIGUE IN HANDCUFFS (CHECKED FOR TIGHTNESS AND DOUBLE LOCKED). I THEN ADVISED RODRIGUE OF HER MIRANDA WARNINGS PER MIRANDA WARNINGS CARD AT WHICH TIME SHE STATED SHE UNDERSTOOD AND WISHED TO WAVE HER WARNINGS.

DETECTIVE TARA WHITNEY AND DETECTIVE ROSALYN MORRIS THEN ARRIVED ON SEEN AND PERFORM A SEARCH OF RODRIGUE. WHILE SEARCHING RODRIGUE DETECTIVE WHITNEY LOCATED A SMALL METAL PIPE WITH STEEL WOOL STUFFED IN ONE END USED FOR SMOKING CRACK COCAINE IN RODRIGUE'S PANTS POCKET. DETECTIVE WHITNEY HANDED ME THE PIPE WHICH I SECURED IN MY UNIT AND LATER PLACED INTO EVIDENCE AT THE TERREBONNE PARISH SHERIFF'S OFFICE MOTOR POOL.

ACADIAN AMBULANCE THEN ARRIVED ON SCENE BECAUSE RODRIGUE WAS COMPLAINING OF KNEE PAIN. RODRIGUE WAS THEN TRANSPORTED TO CHABERT MEDICAL CENTER IN ACADIAN AMBULANCE UNIT 35 AND I FOLLOWED THE AMBULANCE TO CHABERT. RODRIGUE WAS THEN TREATED BY DOCTORS IN THE EMERGENCY ROOM WHO ADVISED RODRIGUE'S KNEE HAD SLIGHT SWELLING BUT HAD NO OTHER INJURIES.   WHILE IN THE HOSPITAL RODRIGUE STATED THAT SHE HAD SMOKED CRACK COCAINE AT APPROXIMATELY 0100 HOURS AND HAD DRUNK APPROXIMATELY EIGHT BEERS.

I THEN TRANSPORTED RODRIGUE TO THE TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX AT WHICH TIME SHE WAS BOOKED FOR VIOLATION OF LOUISIANA REVISED STATUE 14:103 DISTURBING THE PEACE BY OFFENSIVE LANGUISH, 14:108 RESISTING ARREST BY VIOLENCE, AND 40:1033

B-00042-12

Printed by:  BY5932          04/05/2012 11:08      Page   5    of   5

POSSESSION OF DRUG PARAPHERNALIA.

B-00042-12

Terrebonne Parish Sheriff's Office Training Division

Revised 06-08-2013

| NAME | DIVISION | DATE | SUBJECT / COURSE | INSTRUCTOR | HOURS | MAKE/MODEL | MAKE/MODEL | POSTED BY: |
|---|---|---|---|---|---|---|---|---|
| THIBODEAUX, PAUL | Corrections | 2003-09-23 | Report Writing | Lt. Jed Boquet | 4 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-10-17 | MDTS (Defensive Tactics) Basic Course | Lt. Brian P. Charpentier | 16 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-10-20 | Chemical Agents Course | Lt. Brian P. Charpentier | 4 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-11-05 | POST Firearms Qualification Course--Handgun | Charpentier, Hanson, Morris | 48 | Glock 17, 9mm | FGW 921 | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-11-07 | Shotgun Course; POST Qualification | Lt. Brian P. Charpentier | 8 | Remington 870, Police | N/A | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-11-07 | Medic First Aid / CPR / AED | Herb Theriot | 12 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-11-17 | MEB Advanced Course: Straight Baton | Charpentier / Morris | 8 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-11-18 | POST Basic Correctional Peace Officer Academy # 03 | Hanson, Charpentier, Morris | 244 | BC03237 | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2003-12-01 | Communication Skills | Lt. Jed Boquet | 4 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2004-02-12 | DNA Swabbing | Sgt. Jody Morris | 4 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Corrections | 2004-06-16 | Firearms Departmental Competition; Bullseye & TPC | Charpentier / Hanson / Boquet | 2 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Bailiff | 2004-12-13 | Taser Use Course: XIM-26 | Sgt. Wayne Smith | 1 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Bailiff | 2005-04-25 | Annual Handgun Qualification--POST | W. Smith / B. Charpentier | 5 | Glock 17, 9mm | FGW 921 | B.CHARPENTIER |
| THIBODEAUX, PAUL | Bailiff | 2005-11-03 | Annual Handgun Qualification--POST | Capt. Sonny Hanson | 1 | Duty Weapon | N A | B.CHARPENTIER |
| THIBODEAUX, PAUL | Bailiff | 2005-12-14 | Tactical Pistol Course - Department Competition | Charpentier/Hanson/W.Smith | 4 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-03-20 | Sexual Harassment Class | Lt. Brian P. Charpentier | 1 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-03-31 | MDTS (Defensive Tactics) Re-Cert | B. Charpentier / W. Smith | 3 | and E.Thibodeaux/S.Bergeron | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-04-03 | Amber Alert / Missing Persons | Det. Dawn Bergeron | 19 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-04-05 | Chemical Agents & Weapons | B. Charpentier / W. Smith | 2 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-04-12 | POST Firearms Qualification Course--Handgun | B. Charpentier / W. Smith | 6 | Glock 17, 9mm | VGW 921 | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-04-18 | PR-24 Basic Course | B. Charpentier / W. Smith | 40 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-04-20 | POST Shotgun Qualification Course | Lt. Brian P. Charpentier | 13 | Remington 870, Police | NA | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-04-25 | Basic Medic First Aid CPR / AED; Blood Borne Path. | W.Smith / H.Theriot/C.Landry | 9.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-02 | Hazardous Materials | Sgt. Wayne Smith | 14 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-02 | WMD Awareness Level | Sgt. Wayne Smith | 1 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-04 | Domestic Violence Course | Lt. Timothy Bergeron | 4 | S.Bergeron | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-05 | MEB Advanced Course: Straight / Expandable Baton | B.Charpentier / E. Thibodeaux | 8.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-05 | Building Clearing Tactics | Lt. Brian P. Charpentier | 9 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-09 | Rapid Deployment to Active Shooter Situations | Lt. Brian P. Charpentier | 4 | S.Bergeron | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-09 | PPCT Ground Avoidance Training | Lt. Brian P. Charpentier | 2.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-11 | Police Traffic Radar | Lt. Brian P. Charpentier | 4.5 | Version 5.0 | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-11 | Edge Weapon Defense | Lt. Brian P. Charpentier | 10 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-12 | Law Enforcement Officers Flying Armed | Lt. Brian P. Charpentier | 7 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-12 | Police Driving: Defensive & Emergency | Lt. Brian P. Charpentier | 2 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-17 | Handgun Qualification--POST | Sgt. Wayne Smith | 18 | Duty Weapon | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-19 | Multiple Assailant & Team Take Down Training | Lt. Brian P. Charpentier | 1 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-23 | Low Light Combat Shooting | B. Charpentier / W. Smith | 3.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-24 | DWI Detection & Standardized Field Sobriety Testing | Sgt. L.Verrett / U.A.Robinson | 5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-06-25 | Ground Defense Tactics (SODCS) | E.Thibodeaux / B.Charpentier | 13 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-05-31 | Scenario Based Training | B. Charpentier / W. Smith | 9.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-08-02 | POST Basic Law Enforcement Academy, Session 19 | B. Charpentier / W. Smith | 9.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-06-06 | Annual Handgun Qualification--POST | B. Charpentier / W. Smith | 540 | 824623 | 24-101740 | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-11-07 | Tactical Shooting Decision Making Course | Lt. Brian P. Charpentier | 1 | H&K, USP-9 | AAA | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-11-07 | Tactical Pistol Course--TPC Modified | Lt. Brian P. Charpentier | 1 | Duty Weapon | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2006-11-30 | Ground Avoid., Choke Defense, Field-Body Search | Sgt. Wayne Smith | 1 | | NA | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2007-01-30 | MDTS (Defensive Tactics) Re-Cert Weapon Retention | B. Charpentier / W. Smith | 3 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2007-01-30 | Taser Use Class: M26 & X26 | Lt. Brian P. Charpentier | 4.5 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2007-03-02 | Use of Force and Civil Liability | Capt. Brian P. Charpentier | 6 | H&K, USP-9 | 24-101740 | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2007-03-15 | Advanced Negotiation Class(Dom. Vio.,Stalkers & Sch. Shooters) | B. Charpentier / W. Smith | 1 | | | B.CHARPENTIER |
| THIBODEAUX, PAUL | Uniform Patrol | 2007-06-22 | Evacuation Escort Procedure for the Jail | Loyola University | 8 | | | A BOQUET |
| THIBODEAUX, PAUL | Uniform Patrol | 2007-06-25 | | Lt. Timothy Bergeron | 2 | | | A BOQUET |

Produced by: Captain Timothy Soignet Training / Academy Director

Terrebonne Parish Sheriff's Office Training Division

Revised: 10/03/2013

| | A | B | C | D | E | F | G | H | |
|---|---|---|---|---|---|---|---|---|---|
| 53 | THIBODEAUX, PAUL | Uniform Patrol | 2007-06-28 | Rapid Response to Active Shooter Situations | Capt. Brian Charpentier | 7 | | | A.BOQUET |
| 54 | THIBODEAUX, PAUL | Uniform Patrol | 2007-08-23 | Modified POST Firearms Handgun Course/SWAT | Sgt. Wayne Smith | 1 | H&K USP 9 | 24-107140 | A.BOQUET |
| 55 | THIBODEAUX, PAUL | Uniform Patrol | 2007-11-15 | Annual Handgun Qualification-POST | Charpentier, Smith | 1 | H&K USP-9 | 24-107140 | A.BOQUET |
| 56 | THIBODEAUX, PAUL | Uniform Patrol | 2007-11-15 | Off-Duty Officer Survival & Covert Carry / Shooting | Capt. Brian Charpentier | 4 | | | A.BOQUET |
| 57 | THIBODEAUX, PAUL | Uniform Patrol | 2007-11-15 | Firearms Safety Rules | Capt. Brian Charpentier | | | | A.BOQUET |
| 58 | THIBODEAUX, PAUL | Uniform Patrol | 2007-12-11 | Tactical Shooting Decision Making Course | Charpentier, W. Smith | | | | A.BOQUET |
| 59 | THIBODEAUX, PAUL | Uniform Patrol | 2007-12-12 | Lowlight Combat Shooting | B. Charpentier / W. Smith | 4 | | | A.BOQUET |
| 60 | THIBODEAUX, PAUL | Uniform Patrol | 2008-01-15 | MEB Advanced Course: Straight/Expandable Baton | B. Charpentier / W. Smith | 2 | | | A.BOQUET |
| 61 | THIBODEAUX, PAUL | Uniform Patrol | 2008-01-15 | PR 24 Baton Re-Cert. | Capt. Brian Charpentier | 2 | | | A.BOQUET |
| 62 | THIBODEAUX, PAUL | Uniform Patrol | 2008-04-07 | Advance Shotgun Training & Qualification | B. Charpentier / W. Smith | 4 | | | A.BOQUET |
| 63 | THIBODEAUX, PAUL | Uniform Patrol | 2008-05-14 | NCIC: The Investigator's Tool | Dr. Annie Boquet | 1 | | | A.BOQUET |
| 64 | THIBODEAUX, PAUL | Uniform Patrol | 2008-06-16 | Basic Medic First Aid / CPR | Sgt. W. Smith J.J. Kloodeaux | 3 | | | A.BOQUET |
| 65 | THIBODEAUX, PAUL | Uniform Patrol | 2008-08-21 | Taser User Class, M26 & X26 | Capt. Brian Charpentier | 7 | | | B.CHARPENTIER |
| 66 | THIBODEAUX, PAUL | Uniform Patrol | 2008-11-04 | Annual Handgun Qualification-POST | Timothy Boquet | | H&K USP-9 | 24-107140 | B.CHARPENTIER |
| 67 | THIBODEAUX, PAUL | Uniform Patrol | 2008-11-04 | Handgun Decision Making Course | W.Smith / T.Soignet | 0.5 | | | B.CHARPENTIER |
| 68 | THIBODEAUX, PAUL | Uniform Patrol | 2009-01-26 | Defensive Tactics(MDTS, Mental Prep., Weapon Retention, | B.Charpentier / T.Soignet | 7 | Disarming, and Choke Defense | | B.CHARPENTIER |
| 69 | THIBODEAUX, PAUL | Uniform Patrol | 2009-01-28 | Criminal Street Gang Awareness-Local Edition | Agent Mike Glaser | 7 | | | B.CHARPENTIER |
| 70 | THIBODEAUX, PAUL | Uniform Patrol | 2009-02-04 | Firearms Safety Rules | Capt. Brian P. Charpentier | | | | B.CHARPENTIER |
| 71 | THIBODEAUX, PAUL | Uniform Patrol | 2009-02-04 | Handgun Training & Qualification-POST | B. Charpentier / T.Soignet | 4 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 72 | THIBODEAUX, PAUL | Uniform Patrol | 2009-03-23 | Report Writing & Crime Scene Preservation Refresher | Det. D. Foret / Capt. W.Dupre | 3 | | | B.CHARPENTIER |
| 73 | THIBODEAUX, PAUL | Uniform Patrol | 2009-02-23 | Handgun Qualification; Handgun & Shotgun DM Course | B.Charpentier / T.Soignet | 2 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 74 | THIBODEAUX, PAUL | Uniform Patrol | 2009-04-08 | Taser X26 & Annual Qualification, and TDMC | Capt. Brian P. Charpentier | 2 | Remington 870, Police | | B.CHARPENTIER |
| 75 | THIBODEAUX, PAUL | Uniform Patrol | 2009-04-08 | POST Patrol Rifle Course | B.Charpentier / T.Soignet | 16 | H&K;MP-5 | | B.CHARPENTIER |
| 76 | THIBODEAUX, PAUL | Uniform Patrol | 2009-04-09 | SWAT Subgun Qualifications / Standards / Training / TDMC | W. Smith / T. Soignet | 4 | H&K;MP-5 | | B.CHARPENTIER |
| 77 | THIBODEAUX, PAUL | Uniform Patrol | 2009-04-29 | SWAT Handgun Qualifications / Tactical Shooting / TDMC | B.Charpentier / T.Soignet | 4 | SW M&P 40 | NA | B.CHARPENTIER |
| 78 | THIBODEAUX, PAUL | Uniform Patrol | 2009-05-01 | SWAT Tactics: Building / Room Clearing- Live Fire & Gas Mask Included | E.Thibodeaux / S.Bergeron /T.Soignet | 16 | | NA | B.CHARPENTIER |
| 79 | THIBODEAUX, PAUL | Uniform Patrol | 2009-02-23 | Combat Decision Making Course with Handgun / Sub-gun | T.Soignet / S.Bergeron | 4 | | | B.CHARPENTIER |
| 80 | THIBODEAUX, PAUL | Uniform Patrol | 2009-07-23 | Active Shooter: Practical Application | Capt. Brian P. Charpentier | 4.5 | | | B.CHARPENTIER |
| 81 | THIBODEAUX, PAUL | Uniform Patrol | 2009-09-19 | Active Shooter Deployment with Practical Application | Capt. Brian P. Charpentier | 5 | | | B.CHARPENTIER |
| 82 | THIBODEAUX, PAUL | Uniform Patrol | 2009-10-06 | Handgun Negotiations, First Responder Responsibilities | W.Smith / S.Bergeron | 4 | | | B.CHARPENTIER |
| 83 | THIBODEAUX, PAUL | Uniform Patrol | 2009-11-05 | Building Training, TDMC & Annual Qualification-POST | Sgt. Timothy Soignet | 4 | H&K_USP-9 | 24-107140 | B.CHARPENTIER |
| 84 | THIBODEAUX, PAUL | Uniform Patrol | 2009-11-05 | Handgun Qualification-POST | Sgt. Timothy Soignet | 8 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 85 | THIBODEAUX, PAUL | Uniform Patrol | 2009-11-19 | Building / Room Entry and Live Fire Shoot House-SWAT | T.Soignet/B.Charpentier/E.Thib/T.Daigre | 8 | | | B.CHARPENTIER |
| 86 | THIBODEAUX, PAUL | Uniform Patrol | 2009-12-11 | PR-24 & MEB Baton Re-Cert., Use of Force | Capt. Brian P. Charpentier | 4 | | | B.CHARPENTIER |
| 87 | THIBODEAUX, PAUL | Uniform Patrol | 2010-01-19 | Chemical & Specialty Impact Munitions, Distraction Devices | J.Klbodeaux, S.Bergeron, B.Charpentier | 16 | Safariland | | B.CHARPENTIER |
| 88 | THIBODEAUX, PAUL | Uniform Patrol | 2010-03-24 | Handgun & Subgun Qualifications/Standards-SWAT | B.Charpentier/S.Bergeron/W.Smith | 7 | | | B.CHARPENTIER |
| 89 | THIBODEAUX, PAUL | Uniform Patrol | 2010-03-24 | Rifle Qualification-POST | W.Smith / S.Bergeron | 4 | H&K;MP-5 | 62-370093 | B.CHARPENTIER |
| 90 | THIBODEAUX, PAUL | Uniform Patrol | 2010-05-12 | DWI Detection & SFST Re-Cert. | Lt. Robert Oakley | 5 | | | B.CHARPENTIER |
| 91 | THIBODEAUX, PAUL | Uniform Patrol | 2010-05-12 | Building & Room Search Tactics / Shooting Moving Targets | B.Charpentier/S.Bergeron/T.Soignet | 7 / 1.5 | H&K_USP-9 | 24-107140 | B.CHARPENTIER |
| 92 | THIBODEAUX, PAUL | Uniform Patrol | 2010-06-08 | Physics of Penetrating Trauma | Dot. Wayne Smith | 2 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 93 | THIBODEAUX, PAUL | Uniform Patrol | 2010-07-28 | Handgun Qualification-POST | CSR Jason Kloodeaux | 2 | | | B.CHARPENTIER |
| 94 | THIBODEAUX, PAUL | Uniform Patrol | 2010-07-28 | Basic Medic First Aid / CPR Re-Cert. | T.Soignet / S.Bergeron / W. Smith | | H&K_USP-9 | 24-107140 | B.CHARPENTIER |
| 95 | THIBODEAUX, PAUL | Uniform Patrol | 2010-09-17 | Rifle Qualification-POST | W.Smith / S.Bergeron | 0.5 | H3K MP-9 | 62-370093 | B.CHARPENTIER |
| 96 | THIBODEAUX, PAUL | Uniform Patrol | 2010-09-17 | Handgun Qualification-POST & TDMC | S.Bergeron / T.Soignet | 1 | H&K_USP-9 | 24-107140 | B.CHARPENTIER |
| 97 | THIBODEAUX, PAUL | Uniform Patrol | 2010-09-23 | Improving Report Writing Skills | Capt. Dawn Foret | 1.5 | | | B.CHARPENTIER |
| 98 | THIBODEAUX, PAUL | Uniform Patrol | 2010-09-23 | Handgun Qualification-POST | Lt. Stephen Bergeron | | | | B.CHARPENTIER |
| 99 | THIBODEAUX, PAUL | Uniform Patrol | 2010-10-15 | Taser X-26 User Re-Certification | T.Soignet / W.Smith | 2 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 100 | THIBODEAUX, PAUL | Uniform Patrol | 2011-01-09 | Annual Handgun Qualification-POST & TPC | S.Bergeron / T.Soignet | 1.5 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 101 | THIBODEAUX, PAUL | Uniform Patrol | 2011-01-09 | Handgun Qualification-POST | S.Bergeron /T.Soignet | | H&K_USP-9 | 24-107140 | B.CHARPENTIER |
| | THIBODEAUX, PAUL | Uniform Patrol | 2011-11-17 | Startle Response | Lt. Stephen Bergeron | 2.5 | | | B.CHARPENTIER |
| | THIBODEAUX, PAUL | Uniform Patrol | 2010-11-18 | Dealing with Dangerous & Aggressive Dogs | Capt. Dawn Foret | 2 | | | B.CHARPENTIER |
| | THIBODEAUX, PAUL | Uniform Patrol | 2010-11-18 | Preparing Arrest Warrants | Capt. Dawn Foret | 1 | | | B.CHARPENTIER |

Terrebonne Parish Sheriff's Office Training Division

Revised 05.09.2013

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 105 | THIBODEAUX, PAUL | Uniform Patrol | 2010-12-15 | PREA Training | Sgt. Timothy Soignet | 1 | Prison Rape Elimination Act | | B.CHARPENTIER |
| 106 | THIBODEAUX, PAUL | Uniform Patrol | 2010-12-15 | Low Light Shooting with DMC | B.Charpentier/S Bergeron/T.Soignet | 2.5 | | | B.CHARPENTIER |
| 107 | THIBODEAUX, PAUL | Uniform Patrol | 2011-01-12 | Spanish for Law Enforcement | Pierre Van Doorne | 3.5 | | | B.CHARPENTIER |
| 108 | THIBODEAUX, PAUL | Uniform Patrol | 2011-01-24 | Undercover Tactical Firearms | Critical Solutions | 8 | | | B.CHARPENTIER |
| 109 | THIBODEAUX, PAUL | Uniform Patrol | 2011-04-12 | Working with Children's Advocacy Center: Child Abuse | Terebonne CAC | 3 | | | B.CHARPENTIER |
| 110 | THIBODEAUX, PAUL | Uniform Patrol | 2011-04-28 | Active Shooter Response, w/ Practical Application | Capt. Brian P. Charpentier | 6 | | | B.CHARPENTIER |
| 111 | THIBODEAUX, PAUL | Uniform Patrol | 2011-05-20 | Crowd Control & Extraction Techniques | Lt. Stephen Bergeron | 3 | | | B.CHARPENTIER |
| 112 | THIBODEAUX, PAUL | Uniform Patrol | 2011-05-23 | Shotgun Training, Qualification, and TDM | B.Charpentier / S.Bergeron / T.Soignet | 3 | | | B.CHARPENTIER |
| 113 | THIBODEAUX, PAUL | Uniform Patrol | 2011-05-23 | Low Light Shooting (TDMC)-Shotgun & Handgun | B.Charpentier / S.Bergeron | 3 | Remington 870, Police | NA | B.CHARPENTIER |
| 114 | THIBODEAUX, PAUL | Uniform Patrol | 2011-06-29 | Building & Room Entry Tactics | Lt. Stephen Bergeron | 2 | | | B.CHARPENTIER |
| 115 | THIBODEAUX, PAUL | Uniform Patrol | 2011-08-10 | Rifle Qualification--POST | Sgt. Timothy Soignet | 4 | Rock River Arms LAR 15 | CM68500 | B.CHARPENTIER |
| 116 | THIBODEAUX, PAUL | Uniform Patrol | 2011-08-25 | IED/Bomb Recognition & Management with SWAT Application | J.Kibodeaux / B.Charpentier | 7 | | | B.CHARPENTIER |
| 117 | THIBODEAUX, PAUL | Uniform Patrol | 2011-08-27 | Handgun & Rifle SWAT Qualifications, Standards, TDM | S. Bergeron / S.Liner | 4 | | | B.CHARPENTIER |
| 118 | THIBODEAUX, PAUL | Uniform Patrol | 2011-09-27 | Low Light Tactical Shooting, Handgun & Rifle | B.Charpentier / S.Bergeron / T.Soignet | 2 | | | B.CHARPENTIER |
| 119 | THIBODEAUX, PAUL | Uniform Patrol | 2011-10-20 | Shotgun Training & FN Weapons Firing | S.Bergeron / B.Charpentier / FN | 8 | | | B.CHARPENTIER |
| 120 | THIBODEAUX, PAUL | Uniform Patrol | 2011-11-08 | Annual Handgun Qualification--POST & TDMC | T.Soignet / S.Bergeron | 1.5 | SW M&P 40 | MRF 5754 | B.CHARPENTIER |
| 121 | THIBODEAUX, PAUL | Uniform Patrol | 2011-11-08 | Handgun Qualification--POST | T.Soignet / S.Bergeron | 1.5 | SW M&P 40c | DTS 1948 | B.CHARPENTIER |
| 122 | THIBODEAUX, PAUL | Uniform Patrol | 2011-11-30 | Current Trends in Counterfeiting and Identity Theft | SA Jordan Sparks, USSS | 1.5 | | | B.CHARPENTIER |
| 123 | THIBODEAUX, PAUL | Uniform Patrol | 2011-12-08 | Intro. to the Incident Command System for Law Enf. | FEMA | | IS-00100.LEb | | B.CHARPENTIER |
| 124 | THIBODEAUX, PAUL | Uniform Patrol | 2011-12-08 | ICS for Single Resources and Initial Action incidents, ICS-200 | FEMA | | IS-00200.b | | B.CHARPENTIER |
| 125 | THIBODEAUX, PAUL | Uniform Patrol | 2011-12-29 | Active Shooter Situations, Practical Application | Capt. Brian P. Charpentier | 4 | | | B.CHARPENTIER |
| 126 | THIBODEAUX, PAUL | Uniform Patrol | 2012-02-02 | Building & Room Entry Techniques / Breaching | T.Dingler / J.Kibodeaux | 6.2 | | | B.CHARPENTIER |
| 127 | THIBODEAUX, PAUL | Uniform Patrol | 2012-03-03 | Control Control, Chemical Agents, Gas Mask Training | US Army--SSGT N.Rocelli, M.Morrison | 7 | | | B.CHARPENTIER |
| 128 | THIBODEAUX, PAUL | Uniform Patrol | 2012-03-08 | Combat Battle Drill Movements & Fire | US Army--SSGT N.Rocelli, M.Morrison | 7 | | | B.CHARPENTIER |
| 129 | THIBODEAUX, PAUL | Uniform Patrol | 2012-03-13 | Use of Force and Chemical Weapons Refresher | B.Charpentier / S.Bergeron | 3.5 | | | B.CHARPENTIER |
| 130 | THIBODEAUX, PAUL | Uniform Patrol | 2012-03-13 | Concealed & Open Carry of Firearms | Sgt. Timothy Soignet | .5 | | | B.CHARPENTIER |
| 131 | THIBODEAUX, PAUL | Uniform Patrol | 2012-04-12 | Room Entry and Clearing | Capt. Brian P. Charpentier | 3 | | | B.CHARPENTIER |
| 132 | THIBODEAUX, PAUL | Uniform Patrol | 2012-05-17 | MDTS (Defensive Tactical Refresher | B.Charpentier / S.Bergeron / T.Soignet | 4 | | | B.CHARPENTIER |
| 133 | THIBODEAUX, PAUL | Uniform Patrol | 2012-05-17 | PR-24 Baton and MEB (Straight Baton) Refresher | B.Charpentier / S.Bergeron / T.Soignet | 4 | | | B.CHARPENTIER |
| 134 | THIBODEAUX, PAUL | Uniform Patrol | 2012-05-20 | Ethics Training for Public Servants--2012 | La. Board of Ethics | 1 | | | B.CHARPENTIER |
| 135 | THIBODEAUX, PAUL | Uniform Patrol | 2012-05-21 | Call-In-Rex & Response to Missing, Abducted & Sexually Exploited Children | Lt. David Rome | 4 | | | B.CHARPENTIER |

Kerry J. Najolia-Depositions and/or Testimony

21st JDC-Tangipohoa Parish Div."D"#2001-0035
Joseph Arthur Sims et al vs. Barry Ward, Louisiana State Police

29th JDC-St. Charles Parish Div. "C"#44, 194
Ronnie Clark vs. Mike Sunseri, Bill Dorris, Louisiana State Police Department

24th JDC-Jefferson Parish Div."G"#528-800
Nyquist vs. Sheriff Harry Lee, et al.

CDC-Orleans Parish Div. "B"#98-6696
Charles A. Giarusso vs. Kevin Stamps, New Orleans Police Department

24th JDC-Jefferson Parish #420-764
Joseph Conaway vs. Sheriff Harry Lee et al.

USDC-Northern District of Ohio#1-02-15000, MDL Docket #1488
Harry Lee vs. Ford Motor Company-Crown Victoria Police Interceptor Product Liability

CDC-Orleans Parish #94-8369
Joseph Bunnell vs. Herman Franklin, City of New Orleans

USDC-Eastern District of Louisiana, New Orleans Sec. J-Mag 5 #02-0035
Terry Martinez vs. Bryan Fontenot, City of Thibodaux

24th JDC-Jefferson Parish Div. "D"#534-296
Bruce Davis vs. JPSO et al.

USDC-Eastern District of Louisiana, New Orleans #97-CV-602
Annie Thompson vs. Sheriff Harry Lee et al.

USDC-Eastern District of Louisiana, New Orleans #94-CV-1169
Carias-Reyes, et al. Vs. Sheriff Harry Lee et al.

USDC-Eastern District of Louisiana, New Orleans #94-CV-4161
Monica Stroik vs. Ponsetti, New Orleans Police Department, et al.

USDC-Eastern District of Louisiana, New Orleans #92-CV-3497
Carter vs. Fenner, New Orleans Police Department, et al.

24th JDC-Jefferson Parish #527-440
Reginald Smith vs. JPSO, et al.

24th JDC-Jefferson Parish Div. "P" #485-538
Timothy Gandy vs. JPSO, et al.

Kerry J. Najolia-Consultations, Depositions and/or Testimony

24th JDC-Jefferson Parish Div. "M" #602-004
Kirk Miner vs. JPSO et al.

24th JDC-Jefferson Parish Div. "M" #598-639
Destiny Wilson vs. JPSO, et al.

24th JDC-Jefferson Parish
Rosa Salgado vs. JPSO, et al.

24th JDC-Jefferson Parish
Shauna Hamilton vs. JPSO, et al.

24th JDC-Jefferson Parish
Tammy Morris vs. JPSO, et al.

24th JDC-Jefferson Parish Div. "P" #587-199
Claire-Marie Rive Quinette vs. JPSO, et al.

USDC-Eastern District of Louisiana, New Orleans Sec. "C" #98-2367
Albert Jenkins vs. JPSO, et al.

CDC-Orleans Parish Div. "C"
Mary Harvey vs. City of New Orleans

USDC-Eastern District Court of Louisiana Div."T" #03-0204
Kim Strother vs. City of New Orleans

USDC-Eastern District of Louisiana, New Orleans Sec. "R" #95-0767
Dezanne Sullen, et al. vs. Sheriff Harry Lee

22nd District-St. Tammany Parish
State of Louisiana vs. Derrick Bramlett

19th District-East Baton Rouge
Dale Angelo vs. State of Louisiana, et al.

19th District-East Baton Rouge
Craig Leach vs. State of Louisiana, et al.

USDC-Middle District of Louisiana Div. "A" No.03-640
Tony Harris vs. Baton Rouge Police Department, et al.

Criminal District Court-New Orleans
State of Louisiana vs. Robert Evangelist

CDC-Orleans Parish Div. "F"
Steven Hawkins vs. City of New Orleans

Lloyd Clark vs. Marion Alcorn, et al
CDC Orleans Parish

CDC-Orleans Parish
Edmund Woods vs. NOPD

24th JDC, Div "N" 491-513
Darryl Lewis vs. NOPD

CDC-Orleans Parish Div "G" 05-2732
Clark vs. NOPD

24th JDC, Div "F" 656-002
JPSO v Raymond Jones

24th JDC, Div "P" 671-642
Nicole Stewart v JPSO

24th JDC, Div "L" 619-552
Melezia Bertucci v JPSO

24th JDC, Div "P" 619-553
Ronald Bertucci v JPSO

24th JDC, Div "M" 610-239
Jeremy Singleton v JPSO

24th JDC, Div "J" 619-531
Jimmy Singleton v JPSO

24th JDC, Div "B" 619-269
Wayne Kruebbe v Karen Conner Englert, et al 619-269

24th JDC, Div "D" 662-903
Gloria Scott v JPSO

24th JDC, Div "N" 658-767
Kenyattie Owens v JPSO

24th JDC,
Anne Madeline Schaubhut vs JPSO

Skye Panks, et al v JPSO
24th JDC No. 692-551; Dic "C"


USDC No. 08-3418; Sec. C-3
P. Sears v JPSO

Frances Luquette, et al v JPSO
24th JDC  No: 414-244 c/w 515-186, Div "P"

Catrice Pierre, et al v Lee Hardy, et al
USDC No 12-1891; Section C, Mag. 3

Madelyn Zuppardo, et al v F. Caracci, S. Williams, et al
USDC No. 2:12-CV-1080, Section "E" (5)

Juan St. Cyre v D. Madere, et al
USDC No. 12-757, Section "F" (4)

Kim White v JPSO
24th JDC No. 710-084; Div "0"

Felicia Dixon, et al v B. Scott et al
24th JDC No 651 – 320; Div "K"

Michael Dufrene v JPSO
24th JDC – No. 666 – 101, Div "H:

Rotesha Bolden v Sheriff Bourgeois, et al
USDC – Eastern District Court, 12 – 806 (A-4)

Melissa Graves v BRPD
19th JDC

Willie Ellis v Bogalousa PD, et al
USDC – Eastern District

Amanda McNeil v Ponchatoula PD
USDC – Eastern District

Anthony Brown v St. Tammany Parish Sheriff's Office, et al
USDC – Eastern District, Section "C", (5)

4

## KERRY J. NAJOLIA

| | |
|---|---|
| Age: | 53 |
| Height: | 5'10" |
| Weight: | 170 lbs. |
| Health: | Excellent |
| Marital Status: | Single |
| Employed: | Jefferson Parish Sheriff's Office borders the city of New Orleans on the east/west banks of the Mississippi River. It serves approximately 500,000 residents and employs approximately 1500 employees. |
| Present Position: | Director of Training, J.P.S.O. Academy |
| Rank: | Major |
| Responsibilities: | I conduct classroom lectures and practical application exercises in Firearms Training, Patrol Activities, Tactical Problems, Crisis Management Tactics, Officer Survival Training and Force Management Principles. I design viable police officer survival programs and teach the latest "up-to-date" lethal and less lethal force options available. |

In addition, I certify or qualify recruits, reserve officers, or in-service officers in the uses and concepts of their service weapon, shotgun or submachine gun, the departmental baton, handcuffing, weapon retention, less-lethal force options including psycho-motor skills as it relates to personal defense.

Also, I conduct Administrative duties as needed and over-see all JPSO recruit/in-service training.

Previous Positions:

| | |
|---|---|
| September 2006 | promoted to the rank of Major |
| April 1998 | Promoted to the rank of Captain |
| January 1991 | promoted to the rank of Lieutenant |

March 1988            promoted to the rank of Sergeant

October 1986 to Present-Staff Instructor, J.P.S.O. Academy

July 8,1984 to October 1986-Assigned to the Patrol Division (2nd District)

July 1,1984 to July 7,1984-Assigned to the L.A.S.E.R. Division

July 1, 1984            Began employment with the Jefferson Parish Sheriff's Office

October 1982 to June 1984-Investigator, Internal Operations Division

September 1982          promoted to the Rank of Special Agent

January 1981            Defensive Tactics/Physical Trainer. Instructed all St. Charles Parish Police
                        Officers in officer Survival techniques, taught civilian karate classes, ladies
                        exercise and self-defense classes.

November 1979          Routine patrol duties-St. Charles Parish Sheriff's Office

March 1978              Reserve Division, served as Police Self- Defense Instructor for all full-
                        time/reserve employees.

Specialized Training with the Jefferson Parish Sheriff's Office from July 1, 1984 to Present:

October 2012            POST / FBI Firearms Instructor Re-certification

October 2011            POST/FBI  Firearms Instructor Re-cert
                        Houma, La.

March 2011              National Center for Biomedical Research and Training
                        Academy of Counter-Terrorist Course
                        Gretna, La.

February  2011          Safariland MDTS Master Instructor
                        LaPlace, La.

February 2011           Safariland MEB Master Instructor
                        LaPlace, La.

February 2011           Safariland PR-24 Master Instructor
                        LaPlace, La.

January 2011            AARP Defensive Driving Instructor Course
                        Harvey, La.

| | |
|---|---|
| October 2010 | POST/FBI Firearms Instructor Re-cert<br>Bossier City, La. |
| July 2010 | FBI-WMD 24 hour Commander's Course<br>New Orleans, La. |
| October 2009 | Attended a 16 hour POST Firearms Retrainer<br>Shreveport, La. |
| October 2008 | Attended a 16 hour POST Firearms Retrainer<br>Houma, La. |
| September 2007 | Attended a 16 hr. POST Firearms Re-trainer<br>Houma, La. |
| August 2007 | US Department of Homeland Security, NIMS-300/400<br>Harvey, La. |
| July 2007 | US Department of Homeland Security, NIMS-100/200/700/800<br>Harvey, La. |
| September 2006 | Attended a 16 hr. POST Firearms Retrainer<br>Baton Rouge, La. |
| February 2006 | Attended a 16 hr. POST Firearms Re-trainer<br>Houma, La. |
| August 2005 | US Department of Homeland Security-WMD Awareness Program<br>Harvey, La. |
| June 2005 | Attended the 40-hr. JPSO Tactical Operators Course<br>New Orleans, La. |
| May 2005 | Attended the Monadnock Police Training Council International<br>Instructor Re-certification Course for the MEB (expandable baton),<br>MDTS (Defensive Tactics) and PR-24 Baton.<br>New Orleans, La. |
| September 2004 | Attended the 16 hr. POST Firearms Re-trainer<br>Houma, La. |
| May 2004 | Attended the Monadnock Police Training Council International<br>Instructor Re-certification Course for MEB (expandable baton),<br>MDTS (Defensive Tactics) and PR-24 Baton.<br>New Orleans, La. |

April 2004              Attended the JPSO 40 hour Tactical Operations Course
                        New Orleans, La.

March 2004             Attended a 40 hour Patrol/Tactical K-9 Training Session
                        at JPSO with the Lead K-9 Trainers from the Austrian
                        Federal Police K-9 School. Metairie, La.

January 2004           Attended the 24 hour LTPOA Tactical Procurement Conference
                        New Orleans, La.

September 2003         Attended the 16 hour POST Firearms Re-trainer
                        Houma, La.

May 2003               Attended the Defense Technology/Federal Labs.
                        O/C Aerosol Projectors Instructor Certification
                        New Orleans, La.

May 2003               Attended the Monadnock Police Training Council
                        International Instructor Re-certification Course
                        for MEB (Expandable Baton), MDTS (Defensive Tactics)
                        and PR-24 (Baton)
                        New Orleans, La.

May 2003               Attended the LTPOA Annual 24 hour SWAT Conference
                        Denham Springs, La.

April 2003             Attended the JPSO 40 hour Tactical Operations Course
                        New Orleans, La.

March 2003             Attended the FBI National Academy 24 hour
                        State and Local Anti-Terrorism Training Session
                        Covington, La.

September 2002         Attended the 16 hour POST Firearms Re-trainer
                        Houma, La.

June 2002              Attended an 80 hour SWAT K-9 Training
                        Session with the Austrian Cobra and
                        WEGA Units
                        Austria

4

| | |
|---|---|
| May 2002 | Attended the Monadnock Police Training Council International Instructor Re-certification Course for MEB (Expandable Baton), MDTS (Defensive Tactics) and PR-24 (Baton) New Orleans, La. |
| April 2002 | Attended the JPSO 50 hour Tactical Operations Course New Orleans, La. |
| February 2002 | Sudden Custody Death Syndrome Instructor's Certification Course presented by RIPP Restraints Gonzales, La. |
| October 2001 | Attended the New Millennium Products Less Lethal 12 Gauge & Incapacitant Spray Instructor Certification Course River Ridge, La. |
| September 2001 | Attended the 16 hour POST/FBI Firearms Instructor Re-trainer Houma. La. |
| August 2001 | Attended a 120 hour SWAT K-9 Training Session with the Austrian WEGA/German SEK Units Austria |
| May 2001 | Attended the 24 hour Louisiana Tactical Police Officers Association Tactical Operations Training Thibodaux, La. |
| May 2001 | Taser International Advanced Instructor Certification Houma, La. |
| September 2000 | Attended 160 hour SWAT K-9 Training Session with the German Police SEK and Austrian WEGA SWAT Units Vienna, Austria. |
| June 2000 | Attended Interview-Interrogation with Forensic Statement Analysis- Law-Tech Consultants Harvey, La. |

| | |
|---|---|
| May 2000 | Certified as a Crisis Response Team (SWAT) Instructor by the State Department Baton Rouge, La. |
| May 2000 | Re-certified as an International Instructor with the PR-24 Baton, Straight Baton and in the Monadnock Defensive Tactics System Kenner, La. |
| April 2000 | Attended a 40 Hour Patrol/Tactical Operations Handler School- Sentinel K-9, Fayetteville, North Carolina. |
| December 1999 | Attended a 40 hour SWAT K-9 Handler's Course with K-9 Rico and JPSO SWAT. Conducted by Four Winds Police Dog Center of Geffen, Holland Metairie, La. |
| September 1999 | National Tactical Officers Association Tactical Course and Conference, Commanders Track Virginia Beach, Va. |
| September 1999 | Attended POST Firearms Instructor Re-trainer Houma, La. |
| August 1999 | LSU-Death Notification Baton Rouge, La. |
| April 1999 | Attended 60 hr. JPSO SWAT In-service School Gonzales, La. |
| April 1999 | Instructed representatives from the Austrian WEGA Unit, Czech Republic HRT, Ukraine HRT German GSG9 using Less Lethal Force Options Metairie, La. |
| November 1998 | Advanced K-9 Patrol Training (400 Hours) Lafourche Parish Sheriff's Office Canine Training Academy Thibodeaux, La. |

| | |
|---|---|
| October 1998 | NNDDA 40 Hour Police Service Dog Certification<br>Thibodaux, La. |
| June 1998 | Re-certified as an International<br>Instructor with the PR-24 Baton,<br>Straight Baton, and in the<br>Monadnock Defensive Tactics System<br>Baton Rouge, La. |
| April 1998 | Domestic Terrorism-U.S. Dept. of Justice<br>Leesburg, Va. |
| March 1998 | La. Tactical Police Officers<br>S.W.A.T. Training Conference<br>Monroe, La. |
| March 1998 | Barricaded/Hostage Situations:<br>Initial Response & Tactical<br>Alternatives, Van Meter and Associates<br>Metairie, La. |
| January 1998 | 11th Annual American Society of<br>Law Enforcement Trainers Seminar<br>Mobile, Al. |
| September 1997 | P.O.S.T. Firearms Instructor<br>Re-trainer<br>Shreveport, La. |
| April 1997 | FBI National Academy Re-trainer<br>Lake Charles, La. |
| November 1996 | Conducting Realistic Law<br>Enforcement Training<br>Husley And Associates<br>Hammond, La. |
| October 1996 | Sub-lethal Force/Leverage Control<br>Techniques-Tactical Consultants<br>Baton Rouge, La. |

| | |
|---|---|
| September 1996 | P.O.S.T./FBI Firearms<br>Instructor Retraining<br>Hammond, La. |
| August 1996 | Crisis Commander's Course Tom Strentz<br>FBI (Retired)<br>Metairie, La. |
| December 1995 | Prisoner Control, Search and<br>Transportation Techniques, Public<br>Agency Training Council<br>Slidell, La. |
| September 1995 | FBI Fitness Advisor Course-<br>U.S. Department of Justice<br>Quantico, Va. |
| September 1995 | FBI National Academy<br>Quantico, Va. |
| September 1995 | Criminal Justice Continuing<br>Education, University of Virginia<br>Quantico, Va. |
| June 1995 | Monadnock Defensive Tactics<br>System, Instructor Certification<br>Metairie, La. |
| January 1995 | Post Defensive Tactics Instructor<br>Certification<br>Baton Rouge, La. |
| June 1994 | Ripp Restraint Instructor's<br>Certification<br>Daytona Beach, Fl. |
| May 1994 | Participated in SWAT Training<br>at the Delta Force Special Operations<br>Training Facility<br>Fort Bragg, N.C. |
| May 1994 | Reduction of Risk in Pursuits and<br>Use of Force. LSU<br>Baton Rouge, La. |

| | |
|---|---|
| April 1994 | Defensive Tactics/Firearms<br>Training, for JPSO Tactical Personnel<br>Steven Segal, JPSO Range<br>Marrero, La. |
| March 1994 | How to Handle Conflict and Manage Anger<br>Rockhurst College-Continuing Education Center<br>New Orleans, La. |
| December 1993 | ICAT Shooting Decision Computer<br>Specialized Training Seminar<br>Jack Redman-SBS Industries<br>Metairie, La. |
| November 1993 | SWAT In-Service Seminar<br>New Orleans, La. |
| September 1993 | Re-certified as an Instructor in Weapon Retention<br>Techniques by Jim Lindell<br>Kansas City, Mo. |
| September 1993 | Staff Instructor for POST<br>Firearms Instructor's Re-trainer<br>Baton Rouge, La. |
| August 1993 | National Law Enforcement Training<br>Center Handgun/Long-gun Retention<br>and Disarming-Jim Lendell<br>Kansas City, Mo. |
| July 1993 | Staff Instructor, Regional Training<br>for Riot/Crowd Control Tactics in<br>Shreveport, Louisiana |
| June 1993 | Attended an Explosive and Dynamic Entry School<br>instructed by U.S. State Department,<br>Louisiana State Police Explosives/Firing Range<br>Walker, Louisiana |
| April 1993 | Staff Instructor, PR-24 International Re-certification<br>Training Seminar<br>London, Ohio |

| April 1993 | Certified as an OC ( Oleoreisin Capsicum Aerosol) Instructor by Ed Nowicki and Rollard Oulette London, Ohio |
|---|---|
| March 1993 | Certified as a OC (Oleoreisin Capsicum Aerosol) Instructor Defense Technologies Alexandria, La. |
| November 1992 | Staff Instructor, POST/FBI Firearms Re-trainer Houma, La. |
| October 1992 | Tactical Explosive Entry, Drug Interdiction, Clandestine Labs-International Association of Bomb Technicians New Orleans, La. |
| June 1992 | Certified as ASP Baton Instructor by Mark Dunston Metairie, La. |
| May 1992 | FBI. Advanced Hostage Negotiations/Crisis Management New Orleans, La. |
| May 1992 | Attended Officer's Tear Gas Training Seminar-Federal Laboratories New Orleans, La. |
| October 1991 | Attended New Orleans SWAT Security/Terrorist Exercises-U.S. Department of Energy New Orleans |
| September 1991 | Steyr-Aug/MPI Operator's/Armorer's Course JPSO Firing Range Marrero, La. |
| September 1991 | POST Staff Instructor Defensive Tactics Re-trainer Baton Rouge, La. |
| September 1991 | POST. Firearms Re-trainer Houma, La. |

| | |
|---|---|
| August 1991 | FAA Flight Incursion Seminar, Louis Armstrong Airport Kenner, Louisiana |
| August 1991 | Explosive Identification and Entry Seminar, JPSO Training Academy, Metairie, Louisiana |
| August 1991 | U.S. Custom Blue Lightening Certification Seminar i Metairie, La. |
| August 1991 | National Trainer CAS-Expandable Police Baton, Terry  Smith & Jim Lendell London, Ohio |
| May 1991 | P.R.-24 International Instructor's Re-certification Seminar London, Ohio |
| May 1991 | NRA Submachine Firearms Instructor Course-JPSO New Orleans, La. |
| February 1991 | Street Survival Seminar, "Calibre Press" New Orleans, La. |
| March 1991 | Beretta Armorer's School, Baton Rouge, La. |
| January 1991 | A.S.L.E.T. Seminar West Palm Beach, Florida |
| October 1990 | National Rifle Association's Sub-Machine Gun Instructors School, New Orleans, La. |
| September 1990 | POST  Firearms Re-trainer Houma, La. |
| September 1990 | POST Staff Instructor Defensive Tactics Instructor Re-trainer Baton Rouge, La. |

| | |
|---|---|
| May 1990 | Dutch Hostage Rescue Team/Dynamic Tactical Training Metairie, La. |
| January 1990 | A.S.L.E.T. Seminar San Diego, California |
| September 1989 | Counter-Terrorist Training/Israeli Anti-Terrorist Unit Tel Aviv, Israel |
| October 1989 | POST Firearms Re-trainer, Lafayette, La. |
| June 1989 | POST Staff Instructor/Defensive Tactics Re-trainer Baton Rouge, La. |
| April 1989 | Certified as a P.R.-24 International Instructor, London, Ohio |
| December 1988 | PR-24 Intermediate Instructor Re-certification by Lon Anderson, New Orleans, La. |
| December 1988 | PR-24 Instructor's School Re-certification by State of Louisiana POST Council Mr. Lon Anderson, Instructor New Orleans, La. |
| October 1988 | POST/FBI Firearms Instructor Re-trainer-Lafayette, Louisiana |
| May 1988 | Officer Survival/Tactical SWAT School U.S. Marshall's Service-Camp Beauregard Pineville, La. |
| June 1988 | Explosives and Concealed Weapons Seminar, Conducted by A.T.F., New Orleans, La. |

| | |
|---|---|
| June 1988 | Attended Decision Making/Leadership Development Course, Northwestern University Metairie. La. |
| December 1987 | Law Enforcement Officers/News Media Relations Seminar, L.S.U. Baton Rouge, La. |
| October 1987 | Hostage Negotiations Seminar, FBI/JPSO Training Academy, Metairie, La. |
| September 1987 | Advanced Training in the Theory/Practical Application of Chemical Agents Lafayette, La. |
| August 1987 | Protective Operations Briefing Papal Visit, U.S. Secret Service,/ N.O.P.D. New Orleans, La. |
| August 1987 | POST Firearms Re-trainer, Lafayette, La. |
| July 1987 | Basic SWAT Training Session, New Orleans Police Department, New Orleans, La. |
| May 1987 | Anti-Sniper/Survival Training for SWAT FBI, Camp Villere, La. |
| October 1986 | PR-24 Instructor Re-certification Session Mr. Lon Anderson, JPSO Training Academy Metairie, La. |
| September 1986 | POST Staff Instructor Tactics Re-trainer Alexandria, La. |
| July 1986 | Staff Instructor, Louisiana Sheriff's Task Force 4th Annual Seminar Alexandria, La. |

May 1986            POST Firearms Instructor
                    Re-trainer
                    Monroe, La.

June 1986           Appointed to Louisiana Sheriff's Task Force

September 1985      POST Staff Instructor Defensive
                    Tactics Re-trainer
                    Shreveport, La.

August 1985         Search and Seizure Seminar,
                    FBI
                    Metairie, La.

June 1985           Staff Instructor, J.S.T.A. Police
                    Self-Defense Seminar
                    New Orleans, La.

May 1985            POST Jailor Instructor's Certification
                    New Orleans, La.

May 1985            Staff Instructor, Weapons Retention Class
                    National Park Service
                    New Orleans, La.

May 1985            POST Firearms Re-trainer,
                    Staff Instructor
                    New Orleans, La.

May 1985            Staff Instructor, Defensive Tactics,
                    Alexandria Regional Police Academy
                    Alexandria, La.

April 1985          Instructor, PR 24 Basic Certification Class
                    St. Tammany Parish Sheriff's Office
                    Slidell, La.

April 1985          N.R.A. Firearms Instructor
                    Baton Rouge, La.

March 1985          Instructor, Self Defense Class
                    Jewish Community Center
                    New Orleans, La.

| | |
|---|---|
| February 1985 | Instructor Self Defense Class<br>Tulane University<br>New Orleans, La. |
| February 1985 | Instructor, PR-24 Basic Certification Class<br>St. Tammany Parish Sheriff's Office<br>Slidell, La. |
| February 1985 | Staff Instructor, Officer Survival Seminar<br>L.S.P. Academy<br>Baton Rouge, La. |
| December 1984 | Instructor, Self Defense Class,<br>YWCA-New Orleans, La. |
| November 1984 | Certified in the use of "The Source"<br>Jefferson Parish Sheriff's Office<br>Metairie, La. |
| September 1984 | Instructor, Self Defense Class,<br>YWCA,  New Orleans, La. |
| August 1984 | Instructor, POST Defensive Tactics<br>Instructor's Re-trainer<br>Alexandria Regional Police Academy<br>Alexandria, La. |

Specialized Training with the St. Charles Parish Sheriff's Office from 1978 to June 30, 1984:

| | |
|---|---|
| June 1984 | Staff  Instructor , J.S.T.A.<br>International Police Self Defense Seminar<br>Indianapolis, Indiana |
| June 1984 | Staff Instructor POST .Defensive<br>Tactics Re-certification Seminar<br>Shreveport, La. |
| May 1984 | Attended POST Firearms Re-trainer<br>Lake Charles, La. |
| May 1984 | Attended FBI Counter-Sniper School<br>Thibodaux, La. |

| | |
|---|---|
| April 1984 | Attended POST Firearms Instructor's Certification<br>Baton Rouge, La. |
| April 1984 | Attended Inter-mediate Instructor's<br>PR-24 Certification Course taught by<br>Master Instructor Lon Anderson<br>Cedar Rapids, Iowa |
| February 1984 | Instructor, Officer Survival Seminar<br>St..Bernard, Louisiana |
| September 1983 | Attended Obscenity Law Seminar by<br>the Morality in Media Association<br>New Orleans, La. |
| September 1983 | Instructor at the POST Defensive Tactics<br>Instructor Certification Seminar<br>New Orleans, La. |
| September 1983 | Instructed at the YWCA Rape Prevention Class<br>New Orleans, La. |
| August 1983 | Attended Louisiana Sheriff's Association Criminal Seminar<br>Shreveport, La. |
| August 1983 | Instructed at the Officer Survival Seminar<br>Lake Charles, La. |
| July 1983 | Police Civil Liabilities Seminar<br>Hahnville, La. |
| June 1983 | Staff Instructor, Justice System<br>Training Association Officer Survival Seminar<br>Kansas City, Missouri |
| June 1983 | American Small Arms Academy<br>Sub-Machine Guns<br>Kansas City, Missouri |
| June 1983 | Staff Instructor Officer Survival Seminar<br>Shreveport, La. |
| May 1983 | Court Room Security Seminar<br>Hahnville, La. |

| | |
|---|---|
| March 1983 | Staff Instructor, Officer Survival Seminar<br>Laurel, Mississippi |
| December 1982 | Staff Instructor, Officer Survival Seminar<br>Lake Charles, La. |
| November 1982 | Staff Instructor, Officer Survival Seminar<br>Hattiesburg, Mississippi |
| October 1982 | Staff Instructor, Officer Survival Seminar<br>Nicholls State University<br>Thibodaux, La. |
| September 1982 | Staff Instructor, POST Council<br>Defensive Tactics Instructor Certification Seminar<br>Shreveport, La. |
| June 1982 | Staff Instructor, Police Self Defense/Defensive Tactics<br>Instructor Certification Seminar,<br>Chicago, Illinois |
| April 1982 | Staff Instructor, POST Defensive Tactics<br>Instructor Certification Seminar<br>Shreveport, La. |
| March 1982 | Staff Instructor, Officer Survival Seminar<br>University of Southeastern Louisiana<br>Lafayette, La. |
| March 1982 | Staff Instructor, Female Officer<br>Survival Seminar<br>Shreveport, La. |
| December 1981 | Staff Instructor, Female Officer Survival Seminar<br>Louisiana State University<br>Baton Rouge, La. |
| November 1981 | Decision Shooting Course<br>Nicholls State University<br>Thibodaux, La. |
| September 1981 | POST Council Instructor Certification Seminar<br>Shreveport, La. |
| June 1981 | Staff Instructor, Justice System Training Association<br>Officer Survival Seminar<br>New  Orleans , La. |

| | |
|---|---|
| March 1981 | Staff Instructor, Police Self Defense / Officer Survival Seminar<br>University of Southwestern Louisiana<br>Lafayette, La. |
| January 1981 | JPSO Basic Recruit Class # 26<br>Metairie, Louisiana |
| December 1980 | P.O.S.T. Basic Recruit Training Certification<br>Metairie, La. |
| September 1980 | POST Council, Defensive Tactics<br>Instructor Certification School<br>Baton Rouge, La. |
| June 1980 | Staff Instructor, Justice System Training Association<br>Officer Survival Seminar<br>Washington, D.C. |
| March 1980 | National Rifle Association Basic<br>Pistol Shooting Training Seminar<br>Hahnville, La. |
| March 1980 | National Rifle Association Basic<br>Shot-Gun Shooting Training Seminar<br>Hahnville, La. |
| September 1979 | POST Council Defensive Tactics<br>Instructor Certification School<br>Shreveport, La. |
| June 1979 | FBI Hostage Negotiation Seminar<br>Special Agent Ron Gibbs<br>Morgan City, La. |
| June 1979 | Staff Instructor, National Police Self Defense<br>Officer Survival Seminar<br>New Orleans, La. |
| June 1978 | Staff Instructor, National Police Self Defense<br>Officer Survival Seminar<br>Cincinnati, Ohio |

Previous Employment:        1975 through 1979
Louisiana Black Belt Karate Academy
Owner/Instructor, P.O. Box 233,
Highway 90 West
Boutte, La.

Education:

Loyola University
New Orleans, La.

Our Lady of Holy Cross College
New Orleans, La.

University of Virginia
Quantico, VA.

University of New Orleans
New Orleans, La.

Honor Graduate-1977
Archbishop Shaw High School
Marrero, La.

Graduate-1973
Marrero Junior High School
Marrero, La.

Graduate-1970
Ames Elementary
Marrero, La.

Publications:

Officer Survival: Closed Quarter Confrontations
Police Product News,
February 1981, pp. 24-25, 64-65

Urban Street Survival!, by Chris McCoughlin
SWAT
January 1983, pp. 59-60, 83


Kerry Najolia: Karate's New Breed
by Lynn Sherman
Official Karate Magazine
November, 1976, pp. 36-39, 64

Who's Who in American Martial Arts
 2nd Edition, Dale Brooks,pp. 40

Professional  Police Training,
by Chris McCoughlin,
Warriors
April, 1985, pp 39-40, 54

POST Use of Force In-service Training Manual
Rushing Col. T., Scharff, Dr. .P., Najolia Capt. K.


Citations:

| | |
|---|---|
| January 1981 | Received "Mr. Congeniality Award", selected by J.P.S.O. Recruit Class # 26 approved by J.P.S.O. Administrators Metairie, La. |
| June 1981 | Letter of Commendation R. J. Vial Elementary School Career Week Paradis, La. |
| June 1982 | Letter of Commendation Harold Toole-Citizen New Orleans, La. |
| July 1982 | Letter of Commendation Detective Cecil "Sonny" Hanson Lafourche Parish Sheriff's Office Raceland, La. |

| | |
|---|---|
| April 1983 | "Deputy of the Month"<br>St. Charles Parish Sheriff's Office |
| May 1983 | Letter of Commendation<br>Union Carbide Self-defense Class<br>Taft, La. |
| September 1983 | Letter of Commendation<br>YWCA Rape Prevention Director<br>New Orleans, La. |
| September 1984 | Letter of Commendation<br>YWCA Rape Prevention Director<br>New Orleans, La. |
| January 1985 | Letter of Commendation<br>Ellen Katz,<br>National Council of Jewish Women<br>New Orleans, La. |
| January 1985 | Letter of Commendation<br>Sheriff Harry Lee<br>Jefferson Parish Sheriff's Office<br>Metairie, La. |
| March 5, 1985 | Letter of Commendation<br>Sheriff Harry Lee,<br>Jefferson Parish Sheriff's Office<br>Metairie, La. |
| March 5, 1985 | Letter of Commendation<br>Carol B. Dahlem-Crime Prevention Coordinator<br>Tulane University-New Orleans, La. |
| March 8, 1985 | Letter of Appreciation<br>Wende Anthony President<br>Tulane Town Student's Association<br>New Orleans, La. |
| April 3, 1985 | Letter of Appreciation<br>Reserve Class # 4<br>J.P.S.O. Training Academy<br>Metairie, La. |
| June 11, 1985 | Letter of Commendation<br>U.S. Department of Interior, James Isenojle<br>New Orleans, La. |

July 1, 1985             Letter of Commendation
                        JSTA Police Self Defense Seminar
                        New Orleans, La.

July 23, 1985           Letter of Commendation
                        YWCA Rape Crisis Center, Kathleen McCaffery
                        New Orleans, La.

August 6, 1985          Letter of Commendation
                        Sheriff Harry Lee
                        Jefferson Parish Sheriff's Office
                        Metairie, La.

November 25, 1985       Letter of Commendation
                        Sheriff Harry Lee
                        Jefferson Parish Sheriff's Office
                        Metairie, La.

November 27, 1985       Letter of Commendation
                        L.S.U. Law Enforcement Institute #45
                        Mr. Bob Poole
                        Baton Rouge, La.

January 17, 1986        Letter of Appreciation,
                        YWCA Fitness Program Director, Jane Spry
                        New Orleans, La.

January 31, 1986        Letter of Appreciation
                        Betsie Gambel Junior League of New Orleans
                        New Orleans, La.

March 4, 1986           Letter of Appreciation
                        Tulane University Medical Center
                        Elaine Boston, Assistant Dean
                        New Orleans, La.

March 14, 1986          Letter of Commendation
                        Sheriff Harry Lee
                        Jefferson Parish Sheriff's Office
                        Metairie, La.

March 18, 1986          Letter of Commendation
Daughters of the Desert, President, Nancy Vitor
New Orleans, La.

March 20, 1986          Letter of Appreciation
Tulane University Student, Gina Rollins
New Orleans, La.

March 21, 1986          Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

April 11, 1986          Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

April 23, 1986          Letter of Appreciation
L.S.U. Law Enforcement Institute #46
Mr. Bob Poole
Baton Rouge, La.

May 27, 1986          Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

September 24, 1986    Letter of Appreciation
YWCA Sexual Assault Coordinator, Rebecca Stilling
New Orleans, La.

October 27, 1986       Letter of Appreciation
Department of Interior-Michael Livingston
New Orleans, La.

November 26, 1986    Letter of Appreciation
LSU Law Enforcement Institute #47
Mr. Bob Poole
Baton Rouge, La.

January 21, 1987        Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

February 20, 1987      Letter of Appreciation
                       Sheriff Harold Tridico
                       Ascension Parish Sheriff's Office
                       Gonzales, La.

April 29, 1987         Letter of Appreciation
                       LSU Law Enforcement Institute #48
                       Mr. Bob Poole
                       Baton Rouge, La.

November 30, 1987      Letter of Appreciation
                       LSU Law Enforcement Institute #49
                       Mr. Bob Poole
                       Baton Rouge, La.

March 29, 1988         Letter of Appreciation
                       Cynthia Kovatch, St. Angela Merci School
                       Metairie, La.

April 8, 1988          Letter of Commendation
                       Sheriff Harry Lee,
                       Jefferson Parish Sheriff's Office
                       Metairie, La.

April 20, 1988         Letter of Appreciation
                       LSU Law Enforcement Training Program
                       Mr. Bob Poole
                       Baton Rouge, La.

March 9, 1989          Letter of Commendation
                       Chief Mario Margiotta
                       Greater New Orleans Expressway Commission
                       Metairie, La.

March 14, 1989         Letter of Commendation
                       Sheriff Harry Lee
                       Jefferson Parish Sheriff's Office
                       Metairie, La.

July 10, 1989       Letter of Commendation
Mrs. Nell Ishmael
Louisiana POSTCouncil, Programs  Manager
Baton Rouge, La.

July 18, 1989       Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

September 25, 1989    Letter of Appreciation
Chief Gary Carpenter
U.S. Customs Service
New Orleans, La.

October 1, 1989     Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

October 13, 1989    Letter of Appreciation
Superintendent Ann Belkov
U. S. Department of Interior
New Orleans, La.

October 18, 1989    Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

October 19, 1989    Letter of Appreciation
Ms.Karen Smith, Athletic Director
Premier Health Club
Metairie, Louisiana

November 7, 1989   Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

January 29, 1990    Letter of Appreciation
Superintendent Ann Belkon
U.S. Department of Interior
New Orleans, La.

January 31, 1990      Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

March 16, 1990      Letter of Commendation
Sheriff Ed Layrisson
Tangipahoa Parish Sheriff's Office
Hammond, La.

March 26, 1990      Letter of Commendation, Captain
Thomas J.Rushing,
Jefferson Parish Sheriff's Office
Metairie, La.

April 4, 1990      Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

November 9, 1990      Letter of Appreciation
Superintendent Ann Belkon
U.S. Department of Interior
New Orleans, La.

November 16, 1990      Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

March 1991      Letter of Appreciation
Mrs. Donna Harris
Metairie, La.

May 20, 1991      Letter of Appreciation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

June 4, 1991     Letter of Commendation,
           Mr. Terry Smith, Director
           Monadnock Police Training Council
           Fitzwilliam, N.H.

September 16, 1991  Letter of Commendation
           Sheriff Harry Lee
           Jefferson Parish Sheriff's Office
           Metairie, La.

May 1, 1992     Letter of Appreciation
           Site Supervisor Ron Couret
           U. S. Marshal's Service
           New Orleans, La.

September 1, 1992   Letter of Commendation
           Sheriff Harry Lee
           Jefferson Parish Sheriff's Office
           Metairie, La.

July 6, 1993     Letter of Appreciation
           Lieutenant Mark Candies
           St. Charles Parish Sheriff's Office
           Hahnville, La.

August 2, 1993    Letter of Commendation
           Sheriff Harry Lee
           Jefferson Parish Sheriff's Office
           Metairie, La

September 13, 1993  Letter of Appreciation
           Captain Larry Benoit,
           Lafourche Parish Sheriff's Office Police Academy
           Thibodaux, La.

September 23, 1993  Letter of Commendation
           Sheriff Harry Lee
           Jefferson Parish Sheriff's Office
           Metairie, La.

September 28, 1993  Letter of Appreciation
           Ms. Nell Ishmael
           Louisiana P.O.S.T. Council
           Programs Manager
           Baton Rouge, La.

October 15, 1993    Letter of Commendation
Sheriff Harry Lee,
Jefferson Parish Sheriff's Office
Metairie, La.

October 21, 1993    Letter of Commendation
Captain Freddie Williams & Lieutenant Sue Rushing
Jefferson Parish Sheriff's Office
Metairie, La.

November 16, 1993    Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

November 19, 1994    Award: Letter of Recognition
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

June 1995    Certificate of Appreciation
West Jefferson Medical Center
Marrero, La

September 15, 1995    FBI National Academy
Physical Fitness Award
Quantico, Va.

November 10, 1995    Letter of Appreciation
West Jefferson Medical Center
Gretna, LA.

November 14, 1995    Letter of Appreciation
St. Clement Of Rome Church
Metairie, La.

November 15, 1995    Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

December 18, 1995    Letter of Appreciation
Metairie Park Country Day School
Metairie, La.

January 10, 1996      Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

January 30, 1996      Certificate of Appreciation
West Medical Center
Marrero, La.

January 31, 1996      Letter of Appreciation
Health Center
Marrero, La.

March 21, 1996      Letter of Commendation
Detective Paul Eskine
Jefferson Parish Sheriff's Office
Harvey, La.

December 23, 1996      Letter of Commendation
Sheriff Harry Lee
Jefferson Parish Sheriff's Office
Metairie, La.

June 18, 1997      Letter of Appreciation
Sheriff Craig Webre
Lafourche Parish Sheriff's Office
Thibodaux, La.

August 15, 1997      Letter of Appreciation
Council for International Visitors of Greater New Orleans
New Orleans, La.

August 8, 1997      Certificate of Appreciation
Louisiana State Firemen's Association
Metairie, La.

October 10, 1997      Letter of Appreciation
Loyola University
New Orleans, La.

November 21, 1997 Certificate of Appreciation
        Sheriff Craig Webre
        Lafourche Parish Sheriff's Office .
        Thibodaux, La.

December 1998  Letter of Thanks
        Mike Ranataza-Executive Director
        POST Council
        Baton Rouge, La.

June 3, 1999   Certificate of Appreciation
        54th Annual Educational Conference
        Metairie, La.

July 18, 1999  Certificate of Appreciation
        159th Security Forces-US Air Force
        Metairie, La.

July 2000    Certificate of Appreciation
        159th Security Forces-US Air Force
        Metairie, La.

August 2000   Letter of Commendation-
        Sheriff Harry Lee for assisting
        Department of Treasury
        Metairie, La.

April 2002    Letter of Commendation
        Sheriff Harry Lee for Dignitary
        Protection of Dr. Henry Lee
        Metairie, La.

May 2002    Certificate of Appreciation
        from St. Charles Parish Sheriff's
        Office for teaching Crisis Management
        to In-service Police Officers
        Hahnville, La.

Professional Certifications:

April 2011    President – Louisiana Academy Director's Association

January 1995   International  Association  of Law
          Enforcement Firearms Instructor

February 1994   One of five Defensive Tactics Instructors
          selected to the advisory Committee of the
          Louisiana POST Council in Baton Rouge

June 1993     Assisted the POST Council with
          updating Defensive Tactics Program
          for the State Training Manual

September 1991   One of seven POST Firearms
          Instructors selected to an Advisory
          Committee to the Louisiana POST Council

October 1990    NRA Sub-Machine Gun Instructor

April 1989     Certified as an "International
          Monadnock PR-24 Baton Instructor
          (currently 100 certified in the free world).

April 1987     Assigned to the Jefferson Parish
          Sheriff's  Office Crisis Management Unit.

January 1987    American Society of Law Enforcement
          Trainers Charter Member

May 1986 thru present  Testified as an "Expert Witness"
          in Police Policy/Procedures/Training,
          Use of Force , K-9 and Officer Survival
          Tactics in Federal Court-New Orleans/Baton Rouge
          District Court in Orleans, Jefferson,
          St. Charles, St. Tammany , Tangipohoa
          and East Baton Rouge Parishes.

April 1985     N.R.A. Firearms Instructor

1984 to Present   Consultations, depositions and
          civil/criminal testimony provided
          numerous times.

November 1984          Certified Instructor, "The Source"

May 1984               POST Firearms Instructor

April 1984             Intermediate PR-24 Baton Instructor


September 1981         Assisted State of Mississippi with
                       setting up their POST Council
                       and certified Defensive Tactics for
                       Regional Police Academies in Hattiesburg
                       and Laurel, Mississippi

1980 through Present        Conducted various Officer  Survival
                            Seminars Nationally including Hawaii

September 1980         Assisted POST  Council with the
                       Defensive Tactics portion of the
                       State Training Manual, 1st Edition


September 1979 to Present   POST Defensive Tactics "Lead"
                            Instructor who assisted in
                            certifying Louisiana POST
                            Defensive Tactics Instructors and
                            Officer Survival Instructors with POST
                            Defensive Tactics Instructor Certification/Re-certification.

September 1979         PR-24 Basic Instructor

September 1978         Peace Officer's Standards of
                       Training Council Defensive
                       Tactics Instructor/Federal  Bureau
                       of Investigations Defensive
                       Tactics Instructor


April 1978             National Police Self-defense Instructor
                       United States Karate Association
                       Police Self-Defense Instructors Committee
                       Kevin Parsons

Self-Defense Training:

| | |
|---|---|
| October 1973 | 1st Degree Black Belt<br>Tae Kwon Do Karate |
| June 1974 | Hapkido Training<br>Pressure Points/Wrist-Locks |
| 1975 | Kick-Boxer Participant and Trainer |
| May 1976 | 2nd  Degree  Black Belt<br>Tae Kwon Do Karate |
| September 1978 | 3rd Degree Black Belt<br>Tae Kwon Do Karate |
| February 1981 | 4th Degree Black Belt<br>Tae Kwon Do Karate |
| October 1983 | 5th Degree Black Belt<br>Tae Kwon Do Karate |

Consultant:

> Young Women's  Christian Association
> Rape Awareness Classes
> New Orleans, La.

Athletics:

> I have participated in approximately 150 Karate Tournaments nationally.
> I have placed in approximately 130 Tournaments in Fighting and Form Division.

| | |
|---|---|
| 1973 | Karate Olympics, 1st Place<br>Houston, Texas |
| 1974 | Top Ten Nationals, 1st Place<br>St. Louis, Missouri |

1974          Grand Nationals, 2nd Place
              Milwaukee, Wisconsin

1975          Western United States Nationals, 3rd Place
              Denver, Colorado

1975          Chosen as the southern Regional
              Outstanding Competitor by the
              American Karate Black Belt Association

1983          Police Olympics, 3rd Place
              Houston, Texas

1988          National Police Olympics, 2nd Place
              Las Vegas, Nevada

Organizations:

1970          Southern Karate Black Belt Association

1972          American Karate Black Belt Association

1976          United World Karate Association

1978          United States Karate Association Police Self-Defense Instructor

1978          National Rifle Association
1980          Justice Systems Training Association

1982          Louisiana Officer Survival Instructor Association

1983          Jay Cees

1987          American Society of Law Enforcement Trainers-Charter Member

1993          International Association of Law Enforcement Firearm Instructors

1995          National Tactical  Police Officer's Association

1998          Louisiana Tactical Police Officer's Association

1998          National Narcotics Detector's Dog Association

Participated in the following:

| | |
|---|---|
| 1986 through present | JPSO CMU has been activated numerous times to provide dignitary protection for the President/Vice-President of the US, Foreign Government Officials and others. |
| September 2012 | JPSO CMU participated in the Hurricane Isaac Activation-Jefferson Parish |
| August 2012 | JPSO CMU responded to assist St. John Parish Sheriff's Deputies who were ambused by multiple "Soverign Citizen" perpetrators. 4-deputies were shot, 2-died. JPSO CMU arrested 3 perpetrators without incident. 2 of the perpetrators were shot prior to JPSO arrival. EMS provided medical attention to wounded perpetrators. They were transported for medical treatment. LaPlace, La. |
| August 2012 | JPSO CMU responded to an armed perpetrator who had taken his wife, child and infant hostage. The perpetrator was taken into custody after being tazed without injury. Hostages were rescued without injury. River Ridge, La. |
| June 2012 | JPSO CMU responded to assist with an armed gunman who barricaded himself into his house. Negotiators persuaded the individual to surrender without incident. Metairie, La. |
| October 2011 | JPSO CMU provided security for an undercover federal operative doing a joint investigation involving a gang of individuals committing armed robberies on mid and upper level drug dealers. Kenner, La. |
| October 2011 | JPSO CMU activated to a residence where armed gunman had forced their into a residence to murder the occupants. A perimeter was formed and the occupants were ordered to exit the residence w/o any weapons. They complied and were arrested w/o incident. Multiple weapons were located inside of the residence that belonged to the perpetrators. Marrero, La. |
| August  2011 | JPSO CMU responded  to an armed barricaded gunman who had pointed a weapon at the responding officers. Perpetrator ultimately fled the location but was arrested a short time later. Marrero, La. |

35

| | |
|---|---|
| January 2011 | JPSO CMU responded to assist Gretna PD SWAT relative to a perpetrator getting in a shoot-out with police and barricading himself in his apartment. After the subject refused to exit, entry was made and the perpetrator was arrested w/o further incident. Medical attention was provided to the perpetrator for a gun-shot wound to his chest. Perpetrator was arrested for Attempted Murder of a police officer and various other criminal charges.<br>Gretna, La. |
| September 2010 | JPSO CMU responded to an armed barricaded gunman. Arrest was made after several hours of negotiations w/o incident.<br>Bridge City, La. |
| September 2010 | JPSO CMU responded to the perpetrators of an armed robbery in progress who were believed to be barricaded in an apartment. The apartment was checked and secured w/o incident.<br>Gretna, La. |
| May 2010 | JPSO CMU activated to an armed barricaded gunman. Entry was made and perpetrator was taken into custody w/o incident.<br>Gretna, La. |
| November 2009 | JPSO CMU responded to an armed barricaded gunman. Arrest was made w/o incident.<br>Gretna, La. |
| September 2009 | JPSO CMU responded to a barricaded gunman who had burglarized his estranged girlfriend's apartment, beat her and her son. The perpetrator fired shots at responding Officers. After several hours of Negotiations, the perpetrator committed suicide.<br>Westwego, La. |
| June 2009 | JPSO responded to a burglary in progress call at a business. Upon arrival, the perpetrator barricaded himself in business and refused to exit. JPSO CMU responded. Ultimately, SWAT/K-9 Apprehended the perpetrator.<br>Bridge City, La. |
| April 2009 | JPSO CMU responded to a barricaded gunman. He was apprehended w/o incident.<br>Metairie, La. |

| | |
|---|---|
| April 2009 | JPSO CMU and EOD responded to a barricaded subject who had a bomb and refused to exit apartment. Subject was apprehended w/o incident. The device was inoperable.<br>Jefferson, La. |
| August 2008 | JPSO CMU responded to a barricaded gunman. Subject was apprehended w/o incident.<br>Jefferson, La. |
| July 2008 | JPSO CMU was summoned to assist CIT with an OPC. Subject was barricaded and armed himself with a bottle filled with gasoline and a rag which he tried to ignite in an effort to blow us up. Entry was made. Subject was tazed and taken into custody without injuries.<br>Gretna, La |
| July 2008 | A victim was kidnapped, tied up, beaten and shot at. JPSO was summoned. Investigation revealed that the perpetrators were at a location, had assault weapons, body armor, night vision equipment, and gas masks. A search/ arrest warrant was obtained. JPSO CMU conducted a search of the premised and apprehended the suspects without incident.<br>Marrero, La. |
| May 2008 | JPSO CMU was summoned to assist with an OPC. Subject barricaded himself and was taken into custody without injury.<br>Metairie, La. |
| October 2007 | JPSO CMU was activated to assist in the execution of Search/Arrest Warrants at 3 locations. Arrests were made without incident. Multiple weapons and narcotics were seized.<br>Avondale/Harvey, La. |
| May 2008 | JPSO CMU assisted Lafourche Parish Sheriff's Office with the execution of search/arrest warrants without injury.<br>Thibodaux/Raceland, La. |
| May 2008 | JPSO CMU assisted the Robbery Division with the execution of a search/arrest warrant at a camp located in the Bayou Segnette waterway. Perpetrator was taken into custody without incident.<br>Westwego, La. |

| | |
|---|---|
| July 2007 | CMU responded to an Officer Down Call for service. A Second District Officer was shot while arriving at a domestic violence call. The perpetrator barricaded himself inside of the residence as additional officers responded. After negotiators got no response, entry was made.<br>The perpetrator was located inside his bedroom with a self-inflicted gun-shot wound. The police officer was pronounced dead upon arrival at the hospital. Gretna, La. |
| July 2007 | CMU responded to assist the Plaquemines Parish Sheriff's Office with a barricaded gunman who was armed with an assault weapon and holding his 8 year old daughter hostage. Upon arrival, Negotiators were able to persuade the perpetrator to exit his residence without incident.<br>Belle Chasse, La. |
| June 2006 | CMU assisted with an OPC for a male subject who was believed to be armed and refused to exit his residence. After several hours, he told the negotiators that he was not coming out, would kill anyone that came in and that this was his "Alamo" Pursuant to a Search Warrant, chemical agents were introduced in an effort to dislodge him from his 2-story residence The perpetrator began firing at Operators with an AK-47 assault rifle. 2 officers were hit. 1 round penetrated the team's ballistic shield and struck the operator in the upper arm. The other operator was struck in his abdomen. This round did not penetrate the operator's vest. The perpetrator was neutralized.<br>Metairie, La. |
| April 2006 | CMU activated in reference to an armed subject, barricaded inside of his apartment. He was refusing to exit and did not respond to negotiators. After several hours, chemical agents were introduced into the apartment to dislodge the perpetrator. Chemical Agents proved ineffective. Entry was made. The subject was armed with a large knife and resisted by cutting a JPSO Operator on his hand. The subject was controlled with the aid of a 37mm less-lethal round and a TASER. He was checked by EJ EMS and transported to JPCC without injury.<br>Kenner, La. |
| April 2006 | CMU activated in reference to an armed subject barricaded inside of his FEMA Trailer. He was threatening to kill police and family members. After approximately 5 hours, subject surrendered without incident.<br>Metairie, La. |

March 2006

CMU activated in reference to a subject who was armed with a hand gun, threatening suicide in the alley outside of his neighbor's residence. After approximately 4 hours, the subject made the choice to put the gun down and surrender to negotiators without further incident.
Metairie, La.

February 2006

CMU activated in reference to an armed subject that had barricaded himself inside of his residence after committing domestic battery, arson and property damage. Subject refused to comply with Negotiators requests, exited his residence with a weapon and was struck by 3-12 gauge bean bag rounds. Subject fled back into residence. He continued to threaten officer's lives and chemical agents were used to extricate perpetrator. The perpetrator was arrested without further incident.
Metairie, La.

January 2006

7 JPCC Inmates escaped from DOC in North Louisiana. CMU activated to assist. All were apprehended.
Marrero, La.

August through September 2005      Hurricane Katrina/Rita Deployment
Jefferson Parish, La.

July 2005

CMU activated to an east bank business where an active shooter had shot his ex-wife and her co-worker. An Emergency Rescue was made by CMU who determined that the shooter had committed suicide.
Jefferson, La.

July 2005

CMU activated to an apartment where a subject had barricaded himself and was threatening suicide. After several hours entry was made and the perpetrator was located on the bathroom floor after taking several pills. EMS transported the subject for medical attention.
Metairie, La.

| | |
|---|---|
| June 2005 | CMU activated to an east bank residence where 2 elderly people were being held hostage by their grandson. After several hours of negotiations, entry was made, the perpetrator was controlled by a less lethal force option (TASER) and both hostages were rescued without further incident. Metairie, La. |
| May 2005 | CMU activated to an east bank residence in reference to an armed subject who had barricaded himself inside of a residence that he had been evicted from and was threatening suicide. Subject continued to tell Negotiators that he wanted the police To kill him. Subject was controlled with the use of a less-lethal force option (Taser) without further incident. Metairie, La. |
| January 2005 barricaded | CMU activated to a west bank residence in reference to an armed Individual. Subject surrendered to Negotiators without incident. Harvey, La. |
| August 2004 | CMU activated to residence where a barricaded gunman armed with a shotgun was refusing to exit after shooting his wife and son. Negotiators were successful in having perpetrator exit residence, surrender his weapon and perpetrator was taken into custody without further incident. Gretna, La. |
| May 2004 | CMU activated to an apartment complex where a barricaded gunman armed with a shotgun was threatening suicide. Perpetrator refused to communicate with negotiators. Incident was resolved with the use of less-lethal force options including CS and the TASER. Metairie, La. |
| April 2004 | CMU activated to an apartment complex where an individual armed with a knife had barricaded himself and refused to exit. Negotiators were successful and perpetrator was taken into custody without injury. Harvey, La. |
| August 2003 | CMU activated by the St. Charles Parish Sheriff's Office to assist with the execution of 2 Search/Arrest Warrants with heavily armed perpetrators who were in fortified residences. Several arrests were made and contraband seized without injury. St. Rose, La. |

40

| | |
|---|---|
| January 2003 | CMU activated to a residence where an armed, barricaded gunman who was a convicted felon, was refusing to exit his residence. Negotiators were successful and perpetrator was arrested without injury. Metairie, La. |
| December 2002 | CMU activated to a residence where an armed individual was holding 2 minor children hostage. Perpetrator refused to communicate with Negotiators. CMU made entry, rescued the 2 hostages and arrested the perpetrator without injury. Gretna, La. |
| July 2002 | CMU activated to residence where a barricaded gunman armed with a handgun was threatening suicide. Perpetrator refused to communicate with Negotiators. Incident was resolved with the use of a less-lethal force option without injury. Metairie, La. |
| January 2002 | Armed perpetrator committed a robbery of a business and its patrons. JPSO district police officers arrive while perpetrator is inside and he takes hostages. CMU arrives and perpetrator is apprehended with minor injuries-5 hostages released, one with an injury. Metairie, La. |
| January 2002 | CMU activated to arrest an armed fugitive who was wanted for various violent charges including attempted murder of a New Orleans Police Officer. Fugitive was apprehended without incident. Harvey, La. |
| January 2002 | CMU assigned to assist the US Secret Service/ FBI/NOPD SWAT Teams during the Super bowl Festivities. New Orleans, La. |
| December 2001 | CMU assigned to assist NOPD SWAT during New Year's Eve/Sugar Bowl festivities on Bourbon Street New Orleans, La. |
| December 2001 | CMU activated to resolve an incident involving an armed perpetrator who was holding a shop-keeper hostage with a large caliber hand-gun. Perpetrator was neutralized-Hostage was released without injury. Metairie, La. |

| | |
|---|---|
| June 2000 | CMU Team activated to execute search warrants on Bank Robbery Suspects armed with fully automatic weapons. Subjects taken into custody without incident.<br>Waggaman, La. |
| September 1999 | CMU Team activated to serve a Murder Arrest Warrant on subject who was barricaded in an Apartment. Subject exited, pointed and fired a weapon at SWAT Officers who neutralized perpetrator.<br>Metairie, La. |
| June 1999 | CMU Team activated to take into custody an armed subject who was threatening to kill Police. Less Lethal Bean Bag Rounds were deployed and subject was taken into custody without further incident.<br>Gretna, La. |
| April 1999 | CMU Team activated to remove a barricaded gunman who was firing shots at deputies and SWAT members. Subject taken into custody without incident.<br>Metairie, La. |
| April 1999 | CMU Team activated to remove a barricaded gunman who was suicidal. Subject was taken into custody without incident.<br>Gretna, La. |
| March 1999 | CMU Team activated to remove a barricaded gunman who was suicidal. Subject was taken into custody without incident.<br>Metairie, La. |
| July 1998 | CMU Team activated to remove a distraught barricaded gunman from his residence. After 14 hours and 1 shot fired from a handgun in the direction of team members. Subject was taken into custody without incident.<br>Metairie, La. |

| | |
|---|---|
| June 1998 | Provided dignitary protection for 24th Judicial Judge during pre-trial motions for Career Criminal of militant organization.<br>Gretna, La. |
| May 1998 | CMU Team activated to arrest an armed barricaded mental who committed several felonies without incident.<br>Metairie, La. |
| April 1998 | CMU Team activated to execute a search/arrest warrant on suspected serial killer. 5 drug /weapons arrests resulted.<br>Gretna, La. |
| April 1998 | CMU Team activated to remove distraught barricaded gunman with-out incident.<br>Marrero, La. |
| November 1997 | CMU Team activated to remove/arrest barricaded gunman armed with a rifle, shotgun and pistol who had fired several shots at police. Subject taken into custody without incident.<br>Marrero, La. |
| August 1997 | CMU Team activated to execute several search/arrest warrants for murder/armed robbery suspects. Without incident.<br>Westbank, La. |
| December 1997 | CMU Team activated to remove mentally distraught armed individual barricaded inside his residence without incident.<br>Metairie, La. |
| January 1996 | CMU Team activated to remove/arrest armed barricaded gunman without incident.<br>Metairie, La. |

| | |
|---|---|
| August 1996 | CMU Team activated to execute several arrest/search warrants for gang members involved in drive-by murders. Arrest made without incident. Waggaman, La. |
| October 1996 | CMU Team activated to remove/arrest barricaded mental who had fired several shots at police and his family without incident Metairie, La. |
| May 1995 | CMU Team activated to remove/arrest Barricaded gunman and rescue hostage. Perpetrator arrested and hostage recovered without incident. Metairie, La. |
| June 1995 | CMU Team activated to apprehend 8 inmates who escaped from parish prison. All apprehended without incident. Westbank, La. |
| June 1995 | CMU Team activated to remove distraught barricaded gunman from his residence without incident. Gretna, La. |
| July 1995 | CMU Team activated to arrest armed barricaded gunman who fired several shots at family members and police without incident. Gretna, La. |
| October 1995 | CMU Team activated to arrest/remove armed barricaded gunman from his residence without incident. Marrero, La. |
| November 1995 | CMU Team activated to execute search/ arrest warrant on murder suspect. 5 arrest without incident. Harvey, La. |

October 1994

CMU Team activated to remove/arrest a
barricaded gunman who set his
brother's house ablaze. Subject
apprehended without incident.
Jefferson, La.

September 1994

CMU Team activated to execute
arrest warrant on murder suspect
armed with a submachine gun. Arrest
made without incident.
Harvey, La.

September 1994

CMU Team activated to arrest a sniper who was firing shots randomly
at civilians from the 3rd floor of an apartment building. After
approximately 7 hours perpetrator entered a stairwell removed his
bullet proof vest yelled to team members that he was going to kill
them. Perpetrator begins firing as he descended the stairwell. CMU Team
members were required to return fire and perpetrator was neutralized, no
officer injuries.
Metairie, La.

May 1994

CMU Team activated to execute
arrest warrant for murder suspect
at a fortified residence. Suspect
apprehended without incident.
Metairie, La.

May 1994

Crisis Management Unit executed
High Risk Arrest/Search Warrant on
an armed/dangerous felon without incident
Marrero, La.

October 1993

Crisis Management Unit Team
activated to remove an
armed/barricaded gunman from her
residence without incident
Metairie, La.

September 1993

Crisis Management Unit Team
activated to remove an armed/barricaded
gunman from his residence without incident
Marrero, La.

| | |
|---|---|
| March 1993 | Crisis Management Unit Team activated to execute search and arrest warrants on an armed/dangerous person. Several surveillance teams were positioned around subject's residence. Upon subject leaving his residence, in his vehicle, a felony traffic stop was conducted. Subject was arrested without incident. Search of vehicle revealed a loaded semi-automatic handgun. Search of residence revealed other contraband Metairie, La. |
| February 1993 | Crisis Management Unit Team activated to assist the Criminal Investigation Bureau with the execution of three murder warrants, simultaneously, at three separate locations. All suspects arrested without incident East Jefferson. |
| February through April 1992 | Assigned to a federal task force Operation Gun-smoke. Eighty-eight arrests of violent felons conducted without major incidents New Orleans and Baton Rouge, La. |
| February 1992 | Crisis Management Unit Team activated to remove an armed gunman who killed his wife and was holding two hostages. Upon arrival, perpetrator set wooden house ablaze and committed suicide. Hostages were rescued and removed to safety Jefferson, La. |

| | |
|---|---|
| December 1991 | Crisis Management Unit Team was activated to a Metairie Hotel to arrest two fugitives who had escaped from St.Bernard Parish Prison earlier that day without incident.<br>Metairie, La. |
| December 1991 | Crisis Management Unit Team was assigned to assist the Criminal Investigation Bureau with arresting the East Bank Serial Rapist. The team was assigned for two weeks, acted as observers in remote areas and had other specialized duties.<br>East Jefferson, La. |
| August 1991 | Crisis Management Unit Team members were activated to remove a distraught individual armed with a knife and who was barricaded in the bathroom of his residence. Crisis Management Unit Team members disarmed and restrained suspect without incident.<br>Avondale, La. |
| June 1991 | Crisis Management Unit Team members were activated to remove an armed gunman who had fired several shots outside and  barricaded himself inside his residence. Subject was disarmed and transported to the Lockup. Several weapons were located in the residence along with several hundred rounds of ammunition.<br>Metairie, La. |

| | |
|---|---|
| May 1991 | Crisis Management Unit Team members assisted A.T.F. with the execution of a search/arrest warrant for an armed murder suspect who was reputed to be an enforcer for a New Orleans drug kingpin. As the A.T.F. entry team announced their intentions, the suspect exited the rear sliding glass door, armed with a semi-auto 9mm pistol, positioned himself on the balcony in a balanced "ready gun" type position. Since the handgun was facing in the direction of entry team personnel, a verbal challenge was conducted and as the perpetrator observed the Crisis Management Unit cover team personnel, he immediately threw the weapon off of the balcony. Suspect was taken into custody without further incident. Metairie, La. |
| April 1991 | JPSO Crisis Management Unit Team members were activated to assist in disarming a mental patient armed with a knife at a mental hospital in Metairie. Disarmed and restrained without any injuries. Metairie, La. |
| March 1991 | JPSO Crisis Management Unit Team members activated to remove a barricaded suspect armed with a handgun. Metairie, La. |
| February 1991 | Crisis Management Unit Team members activated to remove a barricaded suspect armed with a knife and execute a search/arrest warrant. Chemical agents were used to extract perpetrator without further incident. Avondale, La. |

| | |
|---|---|
| October 1990 | JPSO Crisis Management Unit Team members activated to remove an armed suspect who had destroyed the inside of his residence and assaulted/battered a family member. Harvey, La. |
| July 1990 | Drug round-up, Raceland, La. |
| July 1990 | JPSO Crisis Management Unit Team members activated to remove an armed barricaded suspect who fired seven shots at team members and police. Chemical agents were used to extract perpetrator without further incident. Gretna, La. |
| July 1990 | JPSO Crisis Management Unit Team members activated to execute a search warrant in a ten story building for an armed perpetrator who had entered and assaulted a security guard in the lobby. Metairie, La. |
| July 1990 | JPSO Crisis Management Unit Team members activated to remove an armed/barricaded suspect who fired approximately twenty rounds from a handgun at police and team members. Harvey, La. |
| May 1990 | JPSO Crisis Management Unit Team members activated to execute arrest warrant on two armed suspects. Metairie, La. |
| April 1990 | JPSO Crisis Management Unit Team members activated to remove a suspect armed with two handguns who fired at police and team members approximately twenty-five times. After forty rounds of chemical agents were used, team members made |

entry. A shoot-out ensued,
perpetrator was wounded then
transported for medical attention
and incarcerated. No civilians or police were injured.
Metairie, La.

February 1990        JPSO Crisis Management Unit Team
                     members activated to remove a
                     suspect armed with a AR-15 semi-
                     automatic assault rifle from his residence.
                     Hammond, Louisiana

January 1990         JPSO Crisis Management Unit Team
                     members activated to remove a
                     suspect armed with three knives who
                     had stabbed her husband earlier that day.
                     Metairie, La.

November 1989        JPSO Crisis Management Unit Team
                     members activated to remove a
                     suspect armed with a handgun and
                     barricaded in her residence.
                     Jefferson, La.

September 1989       JPSO Crisis Management Unit Team
                     members activated to remove a
                     suspect armed with a handgun and
                     barricaded in his residence.
                     Metairie, La.

September 1989       JPSO Crisis Management Unit Team
                     members activated to remove a
                     suspect who had fired several shots
                     at relatives from a handgun from his residence.
                     Metairie, La.

August 1989          JPSO Crisis Management Unit Team
                     members activated to remove a
                     suspect armed with a shotgun  from
                     his residence.
                     Metairie, La.

May 1989                JPSO Crisis Management Unit Team
                        members activated to remove  a
                        barricaded gunman who had fired
                        several shots at occupants of this
                        residence.
                        Metairie, La

April 1989              JPSO Crisis Management Unit Team
                        members activated to execute a
                        search of interior business
                        premises for an armed suspect who
                        had fired several shots at a
                        security officer guarding business.
                        Lafitte, La.

February 1989           JPSO Crisis Management Unit Team
                        members were activated for six
                        weeks in a high crime area
                        proliferated with narcotics
                        trafficking. Conducted approximately
                        five hundred field interviews,
                        made two hundred arrests and obtained
                        contraband/weapons without major
                        incident.
                        East Jefferson, La.

December 1988           JPSO Crisis Management Unit
                        activated to remove a  barricaded,
                        knife wielding mental from his
                        residence.
                        Metairie, La.

September 1988          JPSO Crisis Management Unit
                        Activated to remove a barricaded
                        gunman from his residence per Coroner's Committal.
                        Metairie, La.

| | |
|---|---|
| August 1988 | JPSO Crisis Management Unit activated to assist New Orleans Police Department S.W.A.T. Team during Republican National Convention. New Orleans, La |
| July 1988 | JPSO Crisis Management Unit activated to remove a barricaded gunman from  his  residence per Coroner's Committal. Metairie, La. |
| April 1988 | JPSO Crisis Management Unit activated to execute arrest warrant on armed career criminal. Marrero, La. |
| April 1988 | JPSO Crisis Management Unit activated to execute arrest warrants on armed career criminals. Metairie, La. |
| March 1988 | JPSO Crisis Management Unit activated to provide security during Papal Visit. New Orleans, La. |
| February 1988 | JPSO Crisis Management activated to provide security to victim of assassination attempt. Metairie, La. |
| January 1988 | Crisis Management Unit was activated due to a barricaded suspect. Gretna, La. |
| September 1987 | Crisis Management Unit was activated due to a barricaded suspect. Metairie, La. |
| June 1987 | Crisis Management Unit was activated due to a barricaded suspect. Westwego, La. |

May 1985      An elderly male barricaded himself
in his residence with two handguns,
fired several shots at officers and
refused to exit residence. A
command decision was made for two
officers to enter into residence.
Subject attempted to shoot officers.
After a brief struggle, subject  was successfully
disarmed without further incident. No injuries occurred to police.
Marrero, La.

October 1984      Disarmed knife wielding narcotized
Idividua who attempted to stab
officers. Perpetrator was
transported for medical treatment
from self inflicted knife wounds.
No police or civilians injured.
Harvey, La.

September 1984      Jefferson Parish Sheriff's Office.
Activated a Re-Act Team in an
effort to curtail violence at a
Protest on Housing on the West-Bank.

September 1983      Task Force provided security for
Governor Dave Treen at the Sugar Cane Festival.
New Iberia, La.

June 1983      Task Force activated for St. Mary
Sheriff's Office Courtroom Security.
Morgan City, La.

January 1983      Task Force provided assistance to
Terrebonne Parish Sheriff's Office
with Drug Round-up.
Houma, La.

December 1982      Union Carbide Explosion.
Taft, La.

May 1980      Train Derailment, highly explosive
chemicals in tanker.
Destrehan, La.

PR-24 ACTIVITIES

| | |
|---|---|
| 1976 | Assisted Robert Lindsey with Basic PR-24  Certification for JPSO and surrounding police agencies. |
| September 1979 | Certified as a Basic PR-24 Instructor by Robert Lindsey. |
| 1980 to 1984 | Conducted various Officer Survival Classes throughout Louisiana and Mississippi which included PR-24 Baton Training, Officer Survival Tactics and Firearms Training |
| April 1984 | Certified as an Intermediate PR-24 Instructor by Lon Anderson Cedar Rapides, Iowa. |
| May 1984 | Assisted Robert Lindsey with PR-24 Basic Instructor's Certification Class, Baton Rouge, La. |
| October 1984 | Detailed to the JPSO Training Academy Staff as an Officer Survival Instructor. |
| September 1985 | Re-certified as an Intermediate PR-24 Instructor by Robert Lindsey New Orleans, La. |
| October 1986 | Re-certified as an Intermediate PR-24 Instructor by Lon Anderson. New Orleans, Louisiana. |
| November 1987 | Re-certified as an Intermediate PR-24 Instructor by Robert Lindsey New Orleans, La. |
| December 1988 | Re-certified as a Intermediate PR-24 Instructor by Lon Anderson New Orleans, La. |
| April 1989 | Certified as an "International  PR-24" Baton Instructor by Lon Anderson  and Terry Smith London, Ohio |

| April 1991 | Re-certified as an "International PR-24" Baton Instructor by Lon Anderson and Terry Smith London, Ohio |
| April 1993 | Re-certified as an International PR 24 Baton Instructor by Lon Anderson and Terry Smith London, Ohio |
| April 1995 | Certified as a Monadnock Straight Baton/ MDTS Instructor. London, Ohio |
| June 1998 | Re-certified as an International PR24/ Straight Baton/MDTS Instructor. Baton Rouge, La. |
| May 2000 | Re-certified as an International PR-24/ Straight Baton/ MDTS Instructor. Baton Rouge, La. |
| May 2002 | Re-certified as a Monadnock International PR-24/ Expandable Straight Baton/MDTS Instructor. Kenner, La. |
| May 2003 | Re-certified as a Monadnock International PR-24/ Expandable Straight Baton/MDTS Instructor. Kenner, La. |
| May 2004 | Re-certified as a Monadnock International PR-24, Expandable Straight Baton/MDTS Instructor Kenner, La. |
| May 2005 | Re-certified as a Monadnock International PR-24, Expandable Straight Baton/MDTS Instructor. Kenner, La. |

**I have trained several police officers:

1)      in the PR-24/ Straight Baton and MDTS Basic Course,
2)      in the PR-24/Straight Baton and MDTS Basic Instructor's Course
3)      in the PR-24/Straight Baton and MDTS Instructor Trainer's Course

In addition, I have trained several thousand police officers from the
United States and other countries in other areas of law enforcement
during basic recruit and in-service classes in Officer Survival Tactics.


I was a  contract worker for the U. S. Department of State-
Anti Terrorist Assistance Training Program in Baton Rouge, La.
 I instructed foreign countries such as Columbia, Azerbajahn, South Africa and others in:

1)      Hostage Rescue Techniques
2)      Police Use Of Force,
3)      Human Relations
4)      Police Conduct
5)      International Human Rights

I am the Commander of the JPSO Crisis Management Unit. I have participated
in approximately 500 (SWAT) Critical Incidents.